# United States Court of Appeals

# For the First Circuit

No. 24-1442

"In re" MATTHEW LANE HASSELL,

Plaintiff - Appellant,

v.

DEVIN AILEEN KIMBARK; CHERYL L. KIMBARK; MARK KIMBARK; JUDGE TODD H. PREVETT; JUDGE MICHAEL L. ALFANO; JUDGE KERRY P. STECKOWYCH,

Defendants - Appellees.

10th of May, 2024      9 Pages

## MOTION TO STAY APPEAL

Comes now, Matthew-Lane; Hassell (here and after, known as Mr. Hassell and/or Plaintiff), with clean hands, in good faith, using fair business practices and full disclosure. A Propria Persona Sui Juris, as the clearly established and specifically designated beneficiary to the Original Jurisdiction, appearing by special appearance as opposed to general appearance, being of majority age, competent to testify, do affirm and attest under penalty of perjury and under my full commercial liability, that the truths and facts herein are of firsthand personal knowledge and that they are true, correct, complete, and not misleading to the best of my abilities and integrity.

1. Jurisdiction for my Writ of Error is founded on 28 U.S.C. § 1331(a), which provides in pertinent part that federal district courts shall have original jurisdiction of all civil actions wherein the matter in controversy exceeds the sum or value of $75,000.00 (SEVENTY FIVE THOUSAND DOLLARS) U.S.D. and arises under the Constitution of the United States. This case also involves multiple violations of state and federal laws and New Hampshire Constitution protections, by state actors, under color of law.
"the decision in Bivens established that a citizen suffering a compensable injury to a constitutionally protected interest could invoke the general federal-question jurisdiction

of the district courts to obtain an award of monetary damages against the responsible federal official." Id., at 504, 98 S.Ct., at 2910.

2. Therefore, the same should be true in Plaintiff's federal case, as a matter of law, for the 3 state judges who violated their oath of office by pretending to be judicial civil officers of the United States, when in fact they are mere administrators posing as judiciary officers.

3. Pretermitting the question whether defendant's conduct is shielded by the 11th Amendment, Plaintiff asserts multiple constitutionally protected rights; the most clearly obvious is the right to equal protection of the law (equal rights) protected under the U.S. Constitution 14th Amendment and Article 1 and Article 2 of the New Hampshire Constitution Bill of Rights. Plaintiff had been unfairly denied his natural right to the raising and care of his minor child PH, which has been denied to Plaintiff for well over a year and a half, without due process of law in violation of the 5th Amendment of the U.S. Constitution and Article 15 of the New Hampshire Constitution Bill of Rights. Second, that Plaintiff has stated a cause of action, which asserts this right; and third, that relief in damages and that the offending civil officers be impeached and sanctioned and prosecuted to the full extent of the law, constitutes an appropriate form of remedy.

4. Judges are acting administratively and not judicially which is a fraud upon the court. This subtle deception is not apparent to most people who are not well versed in law. The 3 state judges are clearly in violation of their oath of office and in violation of the Judiciary Act of 1789. Judges do not have authority bestowed by congress, only the courts do, so for the judges to fraudulently pass off "orders" as that of the judge and not of the court is deceptively criminal and if this behavior is routine (which Plaintiff claims it is) should be stopped immediately at all cost.

5. Within the judiciary act the first circuit court of appeals is authorized by Congress and therefore it is mandatory that it is Judicial (as opposed to administrative) and Plaintiff's claim is that the federal District Court of the United States is in error by dismissing the case administratively. It is a violation of Plaintiff's right for redress of petition of government in accordance with the 1st Amendment of the U.S. Constitution and Article 10 of the New Hampshire Constitution Bill of Rights. The federal magistrate and federal justice were bound by the Judiciary Act of 1789 and their 'court order' is in violation and therefore void and therefore there is nothing to appeal.

6. The authors of the Federal Rules of Civil Procedure eschewed it altogether, requiring only that a complaint contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a). Is it the circuit courts ruling that only women are entitled to minor children? Is it the circuit courts ruling that women can make unsubstantiated claims and the man cannot be afforded the opportunity to defend his

good name forever? Is that how the courts are aligned? It is Plaintiffs understanding under Fed. R. Civ. P. 8 (e) that pleadings must be construed so as to do justice. Where has the justice been in the State or Federal Courts in this matter, by denying evidentiary hearings and a trial by jury?

7. That is what the district courts (state and federal jurisdictions) are enforcing, for over a year and a half Plaintiff has had no fair access to the minor child without cause, despite the many "claims" (none of which were even made under penalty of perjury) and without evidence. By the federal district court denying Plaintiff's requested relief or not allowing this matter to be heard by a jury, which has been requested in the state and federal courts, it is tantamount to branding men across America with chains of slavery. They must pay for a child they can barely see, only when supervised, for over a year and yet has no other realistic responsibilities in the care and upbringing of the minor child and most importantly, being denied the opportunity to a fair trial.

8. On the 11th of April, 2024, I (Plaintiff) mailed to the UNITED STATES COURT OF APPEALS for the First Circuit a WRIT OF ERROR. The Court received the WRIT OF ERROR on the 12th of April, 2024 and on or around the 19th of April, 2024 forward such WRIT to the UNITED STATES DISTRICT COURT DISTRICT OF NEW HAMPSHIRE as misdirected and construed such WRIT OF ERROR as a NOTICE OF APPEAL. It is to Plaintiff's understanding a WRIT is quite different then a NOTICE OF APPEAL or an APPEAL. The underlining issue of the WRIT OF ERROR is the so-called "ORDERS" and "JUDGMENTS" in the inferior State district Court tribunals as well as the District Court for the State of New Hampshire are void ab initio as they are not "ORDERS" and "JUDGMENTS" by the judiciary but instead administrative decisions of the judges and magistrate in vacation from their respected judicial position, which is a fraud upon the court. No appeal is applicable from a judgment not of a Court. This is an arbitrary exercise of the powers of government, which further injures Plaintiff and deprives him of his Prerogative Rights and Unalienable Rights and Natural Rights to his child under the color of law.

9. Petitioner also by this MOTION under Rule 2 of the Federal Rules of Appellate Procedure (here and after known as Fed. R. App. P.) that this respected Court expedite it's decision of declaratory relief and memorialize all so-called "ORDERS" and "JUDGMENTS" of the judges involved in this matter as null and void (void ab initio) under Federal Rule of Civil Procedure 57 Declaratory Judgment and pursuant to Title 28 U.S. Code 2201 - Creation of remedy- (….. any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought. Any such declaration shall have the force and effect of a final judgment or decree and shall be reviewable as

such.) and honor and grant Plaintiff the relief requested in the original "WRIT OF ERROR" brought to this court and suspend the rules governing procedures.

10. This is an extraordinary circumstance and good cause for an Appellate Rules emergency relating to the public (Plaintiff and minor child's) mental and emotional health and safety. Plaintiff is under emotional duress and mental stresses of being deprived from his child. The judicial defendants and the Magistrate and Judge in the DISTRICT COURT do not uphold their oath of office or follow the Rules of Civil Procedure (Federal or State) for themselves but only against Plaintiff.

11. As stated in the New Hampshire Constitution Article 15 Right of Accused; "No subject shall be held to answer for any crime, or offense, until the same is fully and plainly, substantially and formally, described to him; or be compelled to accuse or furnish evidence against himself. Every subject shall have a right to produce all proofs that may be favorable to himself; to meet the witnesses against him face to face, and to be fully heard in his defense, by himself, and counsel. No subject shall be arrested, imprisoned, despoiled, or deprived of his property, immunities, or privileges, put out of the protection of the law, exiled or deprived of his life, liberty, or estate, but by the judgment of his peers, or the law of the land;..." and Article 3 Society, its Organization and Purposes When men enter into a state of society, they surrender up some of their natural rights to that society, in order to ensure the protection of others; and, without such an equivalent, the surrender is void (June 2, 1784). Any surrender Plaintiff has been coerced or tricked into is likewise void. Plaintiff still reserves his right to Appeal any and all lawful Orders by the United States District Court for the District of New Hampshire, pursuant to a judicial decision of the judiciary (which has not occurred as of todays date).

12. Plaintiff also asserts a MOTION TO STAY ORDER AND JUDGMENT was filed in the DISTRICT COURT OF NEW HAMPSHIRE (DOCUMENT NUMBER 25) on the 11th of April, 2024 and was denied. Petitioner can not find any reasons given or facts relied on by the judge for denial.

13. Plaintiff put in a MOTION FOR SUMMARY JUDGMENT AS A MATTER OF LAW on the 28th of February, 2024, that no decision was made approving or denying such MOTION but the judge made an ORDER and JUDGMENT dismissing the matter in its entirety on the 1st and 2nd of April, 2024 stating "After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 14, 2024, given no clarification as to what "due consideration" of facts the decision was based upon.

14. This proved to Plaintiff any further movement by Plaintiff in the DISTRICT COURT would be impracticable under Fed. R. App. P. 18(A)(i) and the original WRIT OF ERROR and

attachments filed shall constitute all other applicable requirements to such rule to the best of Plaintiff's understanding and abilities. Plaintiff also asserts the record provided by the DISTRICT COURT to this honorable Court is in error. Case: 24-1442 Document: 00118140992 Page: 1 Date Filed: 05/06/2024 Entry ID: 6640503, it is stated "Jury Demand: None" which is an error and misrepresentation of the fact Plaintiff in the original filed complaint (DOCUMENT NUMBER 1) on the 16th of October, 2023 in the DISTRICT COURT a trial by jury was requested and also was stated in Plaintiff's MOTION FOR SUMMARY JUDGMENT AS A MATTER OF LAW/Supplemental Affidavit Document 21-1 filed on the 28th of February, 2024 page 6 of 20, point 8, as well as several questions within said document, for the Court to clarify and was never answered/ given clarification by the judiciary. Again Plaintiff was denied the protection of the 7th amendment right to a trial of a jury of his peers which is another injury to plaintiff and frivolous and vexatious litigation.

15. As cited by LaLonde v. County of Riverside, 204 F.3d 947 (9th Cir. 2000): If, however, there is a material dispute as to the facts regarding what the officer or the plaintiff actually did, the case must proceed to trial, before a jury if requested even when immunity from suit was an issue. Issues of credibility belong to the trier of fact. The Seventh Amendment to the Constitution so requires See also Johnson v. Jones, 515 U.S. 304, 317-318 (1995) (holding that the existence of genuine issues of material facts render not appealable a pre-trial denial of summary judgment on the issue of qualified immunity) Once the plaintiff established that material issues of fact existed, the court was required to submit the factual dispute to a jury. Thomson v. Mahre, 110 F.3d 716, 719 (9th Cir. 1997) ([W]here there is a genuine issue of fact on a substantive issue of qualified immunity, ordinarily the controlling principles of summary judgment and, if there is a jury demand and a material issue of fact, the Seventh Amendment, require submission to a jury.). It would be impossible for the County to prove any immunity, when, after receiving a Claim or civil RICO suit with additional charges of terrorism and sabotage, it automatically rejects it in order to play the odds that the Claimant would be too ignorant to follow up where these issues would be taken to trial. The rejected Claim would become Exhibit A.

16. This is also a NOTICE/CERTIFICATION/MOTION no transcript shall be ordered by Plaintiff under Fed. R. App. P. 10(b)(B).

17. This is also a request/MOTION under Fed. R. App. P. 17(b)(3) that all parts of the record in the 9th Circuit-Family Division-Manchester Court and the 10th Circuit-Family Division-Derry Court-CASE NUMBER 656-2022-DM-00737, as well as the UNITED STATES DISTRICT COURT DISTRICT OF NEW HAMPSHIRE-CASE NUMBER 1:23-cv-00472-JL-AJ be sent to the UNITED STATES COURT OF APPEALS for the First Circuit.

18. This controversy was not brought to the UNITED STATES COURT OF APPEALS for the First Circuit as a "NOTICE OF APPEAL". This is a "WRIT OF ERROR" authorized by the Judiciary Act of 1789 as well as the Federal Rule of Appellate Procedure Rule 21 for declaratory relief. This appears to have been erred and misrepresented and misdirected by the Clerk of the Court Maria R. Hamilton, labeling such a "Misdirected Filing" and as a "Notice of Appeal" and sent to the United States District Court District of New Hampshire which injures Plaintiff and subjects him to further arbitrary exercises of the powers of government. The record shall be corrected of this error under Fed. R. App. P. 16(b). This is the crux of the issue seen again and again within the State Courts, as well as the District Court for the State of New Hampshire, and again here within the Court of Appeals, all are acting administratively and not judicially, which is fraud upon the courts and the people. This Writ must be decided by United States civil officers of the judiciary branch and not by an administrative agency and must be given precedence over ordinary civil cases pursuant to Fed. R. App. P. 21 (b) (6).

19. It is Petitioners belief that the WRIT OF ERROR complies with rule 21 as stated above to the best of Petitioners abilities and understanding. Fees are not applicable pursuant to New Hampshire Constitution Article 14, Legal Remedies to be Free, Complete, and Prompt. Every subject of this State is entitled to a certain remedy, by having recourse to the laws, for all injuries he may receive in his person, property, or character; to obtain right and justice freely, without being obliged to purchase it; completely, and without any denial; promptly, and without delay; conformably to the laws (June 2, 1784) and is cited by New York ex rel. Bank of Commerce v. Commissioner of Taxes for City and County of New York, 2 Black 620 (1863) Please take mandatory notice (Federal Rules of Evidence 201(d)) that the Plaintiff has a lawful right to proceed without cost, based upon the following law: The Supreme Court has ruled that a natural individual entitled to relief is entitled to free access to its judicial tribunals and public offices in every State in the Union (2 Black 620, see also Crandall v. Nevada, 6 Wall 35). Plaintiff should not be charged fees, or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff who is a natural individual and entitled to relief (Hale v. Henkel) (201 U.S. 43). Either way the Court wants to construe/characterize Plaintiff as, whether a subject of the State or a natural individual the filing fee rule is not applicable and has not been since the initial filing within the 9th Circuit-Family Division-Manchester court (another possible New Hampshire State Constitutional violation). Plaintiff asserts he is a natural individual as he has done since the first pleadings/ paperwork/ filings.

20. The relief requested by Plaintiff shall also be upheld and honored pursuant to Federal Rule of Civil Procedure (F.R.C.P.) 60 (b) (3) and (4) and (6). Rule 60(b) authorizes a court to

relieve a party from a final judgment, order, or proceeding for various reasons, including "mistake, inadvertence, surprise, or excusable neglect." Fed. R. Civ. P. 60(b)(1).

21. The U.S. Circuit Courts of Appeal have had a "longstanding disagreement whether 'mistake' in Rule 60(b)(1) includes a judge's errors of law." Kemp v. United States, 142 S. Ct. 1856, 1861 & n.1, 213 L. Ed. 2d 90 (2022). Resolving that question in Kemp, the U.S. Supreme Court held, based on the text, structure, and history of Rule 60(b), that "a judge's errors of law are indeed 'mistake[s]' under Rule 60(b)(1)." Id. at 1860. In so holding, the Supreme Court indicated that the term "mistake" in Rule 60(b)(1) should be given its broadest possible interpretation to include any mistake, including "all mistakes of law made by a judge." Id. at 1862. The Supreme Court specifically rejected the Government's narrower reading of Rule 60(b)(1) in Kemp that the term "mistake" includes "only so-called 'obvious' legal errors." Id. The Supreme Court's decision sensibly spared the federal district courts from having "to decide not only whether there was a 'mistake' but also whether that mistake was sufficiently 'obvious,'" since the plain language of Rule 60(b)(1) "does not support—let alone require—that judges engage in this sort of complex line-drawing." Id. at 1863. Thus, the rule going forward could not be any simpler: relief from a final judgment or order may be granted under Rule 60(b)(1) based on a judge's "mistakes," including legal errors. Plaintiff asserts legal errors such as "ORDERS" not vested within the Court and not in compliance with the Judiciary Act of 1789 and Article III (3, three) of the U.S. Constitution, making such "ORDERS" fraudulent and void both in the United States District Court District of New Hampshire Court Case Number 1:23-cv-00472-JL-AJ, as well as the New Hampshire inferior State Courts (9th Circuit-Family-Division-Manchester and the 10th Circuit-Family Division-Derry Court Case Number 656-2022-DM-00737).

22. Plaintiffs Original filed WRIT OF ERROR on the 12th of April, 2024 had all necessary factors pursuant to Fed. R. App. P. 21 (2)(B)(i) and (ii) and (iii) and (iv)and (C), see original filing.

23. Furthermore, the relief requested against the Kimbark Defendant's (DEVIN AILEEN KIMBARK and CHERYL L. KIMBARK and MARK EDWARD KIMBARK shall be honored as a default Judgment pursuant to Fed. R. Civ. P. 55(a) for failure to respond/plead or otherwise defend against the MOTION FOR SUMMARY JUDGMENT AS A MATTER OF LAW and Supplemental Affidavit and the clerk must enter the party's default and pursuant to Fed. R. Civ. P. 56 as the Kimbark Defendants have presented no genuine dispute as to any material facts and therefore Petitioner is entitled to judgment as a matter of law, nor have the Kimbark Defendants refuted any affidavit by Plaintiff or entered an affidavit of their own or entered anything under penalty of perjury.

24. It is also asserted by Plaintiff the Judicial Defendant's have presented no genuine dispute to any material facts or affirmative defenses pursuant to Fed. R. Civ. P. 8(c), nor have they refuted any affidavit by Petitioner, nor have they entered their own affidavit, nor have they entered anything under penalty of perjury and the record on file shall prove such, surely making a claim of absolute immunity (one who is above the law) is not factual. Judgment against the judicial defendants shall be honored pursuant to the above cited Appellate and Civil Rules of Procedure and Fed. R. Civ. P. 18(a) and (b).

25. If the Court was to actually implement Justice as your oath of office mandates, all public servants involved in the entirety of this matter in the lower courts would be impeached and sanctioned and prosecuted to the full extent of the law under Article 2 Section 4 of the U.S. Constitution. Does one need to go to the U.S. Supreme Court to get justice and remedy and relief of the criminal act(s) injuring Plaintiff?

# RELIEF:

Plaintiff Matthew-Lane: Hassell prays for the following relief;

A. Stay the Appeal in this matter, pursuant to the outcome of the Writ of Error;
B. This honorable Court declare and memorialize the judgment/s and order/s of the United States District Court for the District of New Hampshire, as well as the Courts of Inferior Jurisdiction which include; NH Circuit Court, 10th Circuit - Family Division - Derry and the State of NH, NH Circuit Court, 9th Circuit - Family Division - Manchester a Nullity (void ab initio). The orders were not properly authenticated and therefore have no governmental force of law.
C. Since there is no judicial orders Plaintiff is requesting declaration of 50/50 unsupervised custody of the minor child until the matter can be resolved through the courts.
D. Reverse this case back to the United States District Courthouse for the District of New Hampshire et al, and once returning to that venue have new and impartial Justices and Magistrates (A judicial tribunal) decide the Plaintiff's MOTION FOR SUMMARY JUDGMENT which was timely filed and not answered and which must be answered as a matter of law (Doc. No. 21);
E. Have the Justice(s) and Magistrate(s) of the U.S. District Court order a jury trial within 60 days.
F. Because the Order for child support is void and a nullity (as all improperly authorized Orders), Notice the appropriate agencies as the Bureau of Child Support Services wage garnishment that all orders they may be acting upon are void and a nullity;
G. Grant any such further relief as justice may require.

H. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this Motion to Stay Appeal; i.e., (In Re MATTHEW LANE HASSELL); (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for the further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.
I. All Rights Reserved (to include but is not limited to appeal) always and forever more, without prejudice U.C.C. 1-308. VOID WHERE PROHIBITED BY LAW.

**PUBLIC SERVANT QUESTIONNAIRE** (1 Page) to be answered by all involved with this controversy (5 Copies provided) to include but is not limited to Clerk of Courts, Judges, Referees, Administrative Agents, Officer of the Courts, Magistrates, guardians or any like such and shall be filed with this matter on the record and for the record and a copy of such shall be sent forthwith to all parties involved.

_Matthew-Lane: Hassell_ Dated: 9th of May, 2024

Matthew-Lane: Hassell authorized agent of
MATTHEW LANE HASSELL
20 Arlington St. Unit D
Nashua, New Hampshire [03060]
(603) 231-0844
mhas191@yahoo.com

I certify that a copy of the above mentioned MOTION has been hand delivered and/or sent by USPS mail to DEVIN AILEEN KIMBARK and MARK EDWARD KIMBARK and CHERYL L. KIMBARK and ATTORNEY GENERAL JOHN M. FORMELLA in regards to the Judicial Defendant's on the 10th of May, 2024.

## NOTARY PUBLIC

State New Hampshire County Rockingham

Subscribed and sworn to, before me, a Notary Public the above signed Matthew-Lane: Hassell. This 9th day of May year 2024.
Notary Public _[signature]_
MY COMMISSION EXPIRES: 09-15-2026

ROBYN M DOKE
Notary Public - New Hampshire
My Commission Expires Sep 15, 2026

5 USC 552a (e)(3) authorizes a sovereign natural person ("Citizen") to use this form to collect information from the Public Servant to determine whether to divulge information to the Public Servant and employing Agency. Public Law 93-579 states: *"The purpose of this Act is to provide certain safeguards for an individual against invasion of personal privacy requiring Federal agencies... to permit an individual to determine what records pertaining to him are collected, maintained, used or disseminated by such agencies..."*

## PUBLIC SERVANT'S QUESTIONNAIRE (Refer to Privacy Act of 1974)

| Public Servant Full Name | | | ID # ☐ Refused? | |
|---|---|---|---|---|
| Driver License # ☐ Refused? | | | Badge # ☐ Refused? | |
| Residence Address | Street | City | State | Zip |
| Office Mail Address | Street | City | State | Zip |
| Employing Agency or Dept | | Supervisor's Name | | |

| | |
|---|---|
| 1. Will Public Servant uphold the Constitution of the United States of America (required by USA & State Constitution & Law)? ☐Yes ☐No | 2. Will Public Servant furnish a copy of the law or regulation which authorizes this investigation (5 USC 552a (e) (3) (A))? ☐Yes ☐No |
| 3. Will Public Servant read aloud that portion of the law authorizing the questions Public Servant will ask (5 USC 552a (e) (3) (A))? ☐Yes ☐No | 4. What prerogative does Citizen have in giving answers to Public Servant questions (5 USC 552a (e) (3) (A))? ☐Voluntary ☐Mandatory |
| 5. What basis exists for asking the intended questions (5 USC 552a (d) (5), (e) (1))? ☐Specific law or regulation ☐Used as a discovery process | 6. What nature does this investigation have (5 USC 552a (e) (3) (A))? ☐General (multiple people involved) ☐Special (one person involved) |
| 7. Does Public Servant reasonably anticipate that any information sought or collected in this investigation will form the basis of or lead to criminal action against Citizen or any other entity? ☐Yes ☐No | 8. Will Public Servant guarantee only the department employing Public Servant will use the information or derivative thereof supplied by Citizen in this investigation (5 USC 552a (e) (10))? ☐Yes ☐No |

| | |
|---|---|
| 9. Name all files of records, information, or correspondence related to Citizen that Agency maintains (PL 93-579 (b) (1))? → | ☐None |
| 10. Give the full name of the person in government requesting that Public Servant conduct this investigation (PL 93-579 (b) (1)) → | ☐No One |
| 11. Name and identify all third parties Public Servant consulted, questioned, interviewed, or received information from any third party relative to this investigation (5 USC 552a (e) (2), (d) (5)). → | ☐None |
| 12. Name all other agencies or government sources that supplied any information pertaining to Citizen (PL 93-579 (b) (1))? → | ☐None |
| 13. May Citizen have a copy of all information pertaining to Citizen that other agencies or government sources supplied (5 USC 552a (d) (1))? ☐Yes ☐No (If no, state authority for withholding info) → | ☐No Authority |
| 14. What other uses may be made of this information (5 USC 552a (e) (3) (B), (e) (3) (C))? → | ☐None |
| 15. What other agencies may have access to this information (5 USC 552a (e) (3) (B), (e) (3) (C))? → | ☐None |
| 16. What will be the effect upon Citizen if Citizen should choose not to answer any part of these questions (5 USC 552a (e) (3) (D))? → | ☐None |

| | | |
|---|---|---|
| Public Servant Affirmation: I swear or affirm under penalty of perjury that I have answered the foregoing questions correctly and completely in every particular. → | Wet ink signature of Public Servant | Date |
| Citizen's Witnessing Name and Signature ☐Administered Oath Date | Witness Name and Signature | Date |

Note: Citizen may administer oath to Public Servant if no one else exists to witness Public Servant affirmation.

5 USC 552a (e)(3) authorizes a sovereign natural person ("Citizen") to use this form to collect information from the Public Servant to determine whether to divulge information to the Public Servant and employing Agency. Public Law 93-579 states: "*The purpose of this Act is to provide certain safeguards for an individual against invasion of personal privacy requiring Federal agencies... to permit an individual to determine what records pertaining to him are collected, maintained, used or disseminated by such agencies...*"

# PUBLIC SERVANT'S QUESTIONNAIRE (Refer to Privacy Act of 1974)

| Public Servant Full Name | | ID # ☐ Refused? | |
|---|---|---|---|
| Driver License # ☐ Refused? | | Badge # ☐ Refused? | |

| Residence Address | Street | City | State | Zip |
|---|---|---|---|---|
| Office Mail Address | Street | City | State | Zip |
| Employing Agency or Dept | | Supervisor's Name | | |

| 1. Will Public Servant uphold the Constitution of the United States of America (required by USA & State Constitution & Law)? ☐Yes ☐No | 2. Will Public Servant furnish a copy of the law or regulation which authorizes this investigation (5 USC 552a (e) (3) (A))? ☐Yes ☐No |
|---|---|
| 3. Will Public Servant read aloud that portion of the law authorizing the questions Public Servant will ask (5 USC 552a (e) (3) (A))? ☐Yes ☐No | 4. What prerogative does Citizen have in giving answers to Public Servant questions (5 USC 552a (e) (3) (A))? ☐Voluntary ☐Mandatory |
| 5. What basis exists for asking the intended questions (5 USC 552a (d) (5), (e) (1))? ☐Specific law or regulation ☐Used as a discovery process | 6. What nature does this investigation have (5 USC 552a (e) (3) (A))? ☐General (multiple people involved) ☐Special (one person involved) |
| 7. Does Public Servant reasonably anticipate that any information sought or collected in this investigation will form the basis of or lead to criminal action against Citizen or any other entity? ☐Yes ☐No | 8. Will Public Servant guarantee only the department employing Public Servant will use the information or derivative thereof supplied by Citizen in this investigation (5 USC 552a (e) (10))? ☐Yes ☐No |

| 9. Name all files of records, information, or correspondence related to Citizen that Agency maintains (PL 93-579 (b) (1))? → | ☐None |
|---|---|
| 10. Give the full name of the person in government requesting that Public Servant conduct this investigation (PL 93-579 (b) (1)) → | ☐No One |
| 11. Name and identify all third parties Public Servant consulted, questioned, interviewed, or received information from any third party relative to this investigation (5 USC 552a (e) (2), (d) (5)). → | ☐None |
| 12. Name all other agencies or government sources that supplied any information pertaining to Citizen (PL 93-579 (b) (1))? → | ☐None |
| 13. May Citizen have a copy of all information pertaining to Citizen that other agencies or government sources supplied (5 USC 552a (d) (1))? ☐Yes ☐No (If no, state authority for withholding info) → | ☐No Authority |
| 14. What other uses may be made of this information (5 USC 552a (e) (3) (B), (e) (3) (C))? → | ☐None |
| 15. What other agencies may have access to this information (5 USC 552a (e) (3) (B), (e) (3) (C))? → | ☐None |
| 16. What will be the effect upon Citizen if Citizen should choose not to answer any part of these questions (5 USC 552a (e) (3) (D))? → | ☐None |

| Public Servant Affirmation: I swear or affirm under penalty of perjury that I have answered the foregoing questions correctly and completely in every particular. → | Wet ink signature of Public Servant | Date |
|---|---|---|
| Citizen's Witnessing Name and Signature ☐Administered Oath Date | Witness Name and Signature | Date |

Note: Citizen may administer oath to Public Servant if no one else exists to witness Public Servant affirmation.

5 USC 552a (e)(3) authorizes a sovereign natural person ("Citizen") to use this form to collect information from the Public Servant to determine whether to divulge information to the Public Servant and employing Agency. Public Law 93-579 states: *"The purpose of this Act is to provide certain safeguards for an individual against invasion of personal privacy requiring Federal agencies... to permit an individual to determine what records pertaining to him are collected, maintained, used or disseminated by such agencies..."*

## PUBLIC SERVANT'S QUESTIONNAIRE (Refer to Privacy Act of 1974)

| Public Servant Full Name | | ID # ❑ Refused? | |
|---|---|---|---|
| Driver License # ❑ Refused? | | Badge # ❑ Refused? | |

| Residence Address | Street | City | State | Zip |
|---|---|---|---|---|
| Office Mail Address | Street | City | State | Zip |
| Employing Agency or Dept | | Supervisor's Name | | |

| | |
|---|---|
| 1. Will Public Servant uphold the Constitution of the United States of America (required by USA & State Constitution & Law)? ❑Yes ❑No | 2. Will Public Servant furnish a copy of the law or regulation which authorizes this investigation (5 USC 552a (e) (3) (A))? ❑Yes ❑No |
| 3. Will Public Servant read aloud that portion of the law authorizing the questions Public Servant will ask (5 USC 552a (e) (3) (A))? ❑Yes ❑No | 4. What prerogative does Citizen have in giving answers to Public Servant questions (5 USC 552a (e) (3) (A))? ❑Voluntary ❑Mandatory |
| 5. What basis exists for asking the intended questions (5 USC 552a (d) (5), (e) (1))? ❑Specific law or regulation ❑Used as a discovery process | 6. What nature does this investigation have (5 USC 552a (e) (3) (A))? ❑General (multiple people involved) ❑Special (one person involved) |
| 7. Does Public Servant reasonably anticipate that any information sought or collected in this investigation will form the basis of or lead to criminal action against Citizen or any other entity? ❑Yes ❑No | 8. Will Public Servant guarantee only the department employing Public Servant will use the information or derivative thereof supplied by Citizen in this investigation (5 USC 552a (e) (10))? ❑Yes ❑No |

| | |
|---|---|
| 9. Name all files of records, information, or correspondence related to Citizen that Agency maintains (PL 93-579 (b) (1))? → | ❑None |
| 10. Give the full name of the person in government requesting that Public Servant conduct this investigation (PL 93-579 (b) (1)) → | ❑No One |
| 11. Name and identify all third parties Public Servant consulted, questioned, interviewed, or received information from any third party relative to this investigation (5 USC 552a (e) (2), (d) (5)). → | ❑None |
| 12. Name all other agencies or government sources that supplied any information pertaining to Citizen (PL 93-579 (b) (1))? → | ❑None |
| 13. May Citizen have a copy of all information pertaining to Citizen that other agencies or government sources supplied (5 USC 552a (d) (1))? ❑Yes ❑No (If no, state authority for withholding info) → | ❑No Authority |
| 14. What other uses may be made of this information (5 USC 552a (e) (3) (B), (e) (3) (C))? → | ❑None |
| 15. What other agencies may have access to this information (5 USC 552a (e) (3) (B), (e) (3) (C))? → | ❑None |
| 16. What will be the effect upon Citizen if Citizen should choose not to answer any part of these questions (5 USC 552a (e) (3) (D))? → | ❑None |

| Public Servant Affirmation: I swear or affirm under penalty of perjury that I have answered the foregoing questions correctly and completely in every particular. → | Wet ink signature of Public Servant | Date |
|---|---|---|
| Citizen's Witnessing Name and Signature ❑Administered Oath Date | Witness Name and Signature | Date |

Note: Citizen may administer oath to Public Servant if no one else exists to witness Public Servant affirmation.

5 USC 552a (e)(3) authorizes a sovereign natural person ("Citizen") to use this form to collect information from the Public Servant to determine whether to divulge information to the Public Servant and employing Agency. Public Law 93-579 states: *"The purpose of this Act is to provide certain safeguards for an individual against invasion of personal privacy requiring Federal agencies... to permit an individual to determine what records pertaining to him are collected, maintained, used or disseminated by such agencies..."*

# PUBLIC SERVANT'S QUESTIONNAIRE (Refer to Privacy Act of 1974)

| Public Servant Full Name | | ID # ☐ Refused? | |
|---|---|---|---|
| Driver License # ☐ Refused? | | Badge # ☐ Refused? | |

| Residence Address | Street | | City | | State | Zip |
|---|---|---|---|---|---|---|
| Office Mail Address | Street | | City | | State | Zip |
| Employing Agency or Dept | | | Supervisor's Name | | | |

| | |
|---|---|
| 1. Will Public Servant uphold the Constitution of the United States of America (required by USA & State Constitution & Law)? ☐Yes ☐No | 2. Will Public Servant furnish a copy of the law or regulation which authorizes this investigation (5 USC 552a (e) (3) (A))? ☐Yes ☐No |
| 3. Will Public Servant read aloud that portion of the law authorizing the questions Public Servant will ask (5 USC 552 (e) (3) (A))? ☐Yes ☐No | 4. What prerogative does Citizen have in giving answers to Public Servant questions (5 USC 552a (e) (3) (A))? ☐Voluntary ☐Mandatory |
| 5. What basis exists for asking the intended questions (5 USC 552a (d) (5), (e) (1))? ☐Specific law or regulation ☐Used as a discovery process | 6. What nature does this investigation have (5 USC 552a (e) (3) (A))? ☐General (multiple people involved) ☐Special (one person involved) |
| 7. Does Public Servant reasonably anticipate that any information sought or collected in this investigation will form the basis of or lead to criminal action against Citizen or any other entity? ☐Yes ☐No | 8. Will Public Servant guarantee only the department employing Public Servant will use the information or derivative thereof supplied by Citizen in this investigation (5 USC 552a (e) (10))? ☐Yes ☐No |

| | |
|---|---|
| 9. Name all files of records, information, or correspondence related to Citizen that Agency maintains (PL 93-579 (b) (1))? → | ☐None |
| 10. Give the full name of the person in government requesting that Public Servant conduct this investigation (PL 93-579 (b) (1)) → | ☐No One |
| 11. Name and identify all third parties Public Servant consulted, questioned, interviewed, or received information from any third party relative to this investigation (5 USC 552a (e) (2), (d) (5)). → | ☐None |
| 12. Name all other agencies or government sources that supplied any information pertaining to Citizen (PL 93-579 (b) (1))? → | ☐None |
| 13. May Citizen have a copy of all information pertaining to Citizen that other agencies or government sources supplied (5 USC 552a (d) (1))? ☐Yes ☐No (If no, state authority for withholding info) → | ☐No Authority |
| 14. What other uses may be made of this information (5 USC 552a (e) (3) (B), (e) (3) (C))? → | ☐None |
| 15. What other agencies may have access to this information (5 USC 552a (e) (3) (B), (e) (3) (C))? → | ☐None |
| 16. What will be the effect upon Citizen if Citizen should choose not to answer any part of these questions (5 USC 552a (e) (3) (D))? → | ☐None |

| Public Servant Affirmation: I swear or affirm under penalty of perjury that I have answered the foregoing questions correctly and completely in every particular. → | Wet ink signature of Public Servant | Date |
|---|---|---|
| Citizen's Witnessing Name and Signature ☐Administered Oath Date | Witness Name and Signature | Date |

Note: Citizen may administer oath to Public Servant if no one else exists to witness Public Servant affirmation.

5 USC 552a (e)(3) authorizes a sovereign natural person ("Citizen") to use this form to collect information from the Public Servant to determine whether to divulge information to the Public Servant and employing Agency. Public Law 93-579 states: *"The purpose of this Act is to provide certain safeguards for an individual against invasion of personal privacy requiring Federal agencies... to permit an individual to determine what records pertaining to him are collected, maintained, used or disseminated by such agencies..."*

## PUBLIC SERVANT'S QUESTIONNAIRE (Refer to Privacy Act of 1974)

| Public Servant Full Name | | ID # ☐ Refused? | |
|---|---|---|---|
| Driver License # ☐ Refused? | | Badge # ☐ Refused? | |

| Residence Address | Street | | City | | State | Zip |
|---|---|---|---|---|---|---|
| Office Mail Address | Street | | City | | State | Zip |
| Employing Agency or Dept | | | Supervisor's Name | | | |

1. Will Public Servant uphold the Constitution of the United States of America (required by USA & State Constitution & Law)? ☐Yes ☐No

2. Will Public Servant furnish a copy of the law or regulation which authorizes this investigation (5 USC 552a (e) (3) (A))? ☐Yes ☐No

3. Will Public Servant read aloud that portion of the law authorizing the questions Public Servant will ask (5 USC 552a (e) (3) (A))? ☐Yes ☐No

4. What prerogative does Citizen have in giving answers to Public Servant questions (5 USC 552a (e) (3) (A))? ☐Voluntary ☐Mandatory

5. What basis exists for asking the intended questions (5 USC 552a (d) (5), (e) (1))? ☐Specific law or regulation ☐Used as a discovery process

6. What nature does this investigation have (5 USC 552a (e) (3) (A))? ☐General (multiple people involved) ☐Special (one person involved)

7. Does Public Servant reasonably anticipate that any information sought or collected in this investigation will form the basis of or lead to criminal action against Citizen or any other entity? ☐Yes ☐No

8. Will Public Servant guarantee only the department employing Public Servant will use the information or derivative thereof supplied by Citizen in this investigation (5 USC 552a (e) (10))? ☐Yes ☐No

9. Name all files of records, information, or correspondence related to Citizen that Agency maintains (PL 93-579 (b) (1))? → ☐None

10. Give the full name of the person in government requesting that Public Servant conduct this investigation (PL 93-579 (b) (1)) → ☐No One

11. Name and identify all third parties Public Servant consulted, questioned, interviewed, or received information from any third party relative to this investigation (5 USC 552a (e) (2), (d) (5)). → ☐None

12. Name all other agencies or government sources that supplied any information pertaining to Citizen (PL 93-579 (b) (1))? → ☐None

13. May Citizen have a copy of all information pertaining to Citizen that other agencies or government sources supplied (5 USC 552a (d) (1))? ☐Yes ☐No (If no, state authority for withholding info) → ☐No Authority

14. What other uses may be made of this information (5 USC 552a (e) (3) (B), (e) (3) (C))? → ☐None

15. What other agencies may have access to this information (5 USC 552a (e) (3) (B), (e) (3) (C))? → ☐None

16. What will be the effect upon Citizen if Citizen should choose not to answer any part of these questions (5 USC 552a (e) (3) (D))? → ☐None

| Public Servant Affirmation: I swear or affirm under penalty of perjury that I have answered the foregoing questions correctly and completely in every particular.     → | Wet ink signature of Public Servant | Date |
|---|---|---|
| Citizen's Witnessing Name and Signature   ☐Administered Oath   Date | Witness Name and Signature | Date |

Note: Citizen may administer oath to Public Servant if no one else exists to witness Public Servant affirmation.

CERTIFIED MAIL

9589 0710 5270 1025 7515 09

Retail
U.S. POSTAGE PAID
PM
CONCORD, NH 03301
MAY 20, 2024
$17.00
RDC 03   0 Lb 5.10 Oz   R2304Y123077-3

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

PRIORITY ★ MAIL ★
UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM

FROM:
Matthew-Lane: Hassell
20 Arlington St. Unit U
Nashua, New Hampshire [03060]

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

TO:
United States Court of Appeals
For the First Circuit
1 Courthouse Way
Boston, MA. 02210

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

To schedule free Package Pickup, scan the QR code.

July 2022

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE