

# United States Court of Appeals

## For the First Circuit

No. 24-1442

"In re" MATTHEW LANE HASSELL,

Plaintiff - Appellant,

v.

DEVIN AILEEN KIMBARK; CHERYL L. KIMBARK; MARK KIMBARK; JUDGE TODD H. PREVETT; JUDGE MICHAEL L. ALFANO; JUDGE KERRY P. STECKOWYCH,

Defendants - Appellees.

20th of May, 2024 (4 Pages)

## JUDICIAL LEGAL AND LAWFUL NOTICE
(Federal Rules of Evidence 201 (c)(2))

Comes now, Matthew-Lane: Hassell (here and after, known as Mr. Hassell and/or Plaintiff), with clean hands, in good faith, using fair business practices and full disclosure. A Propria Persona Sui Juris, as the clearly established and specifically designated beneficiary to the Original Jurisdiction, appearing by special appearance as opposed to general appearance, being of majority age, competent to testify, do affirm and attest under penalty of perjury and under my full commercial liability, that the truths and facts herein are of firsthand personal knowledge and that they are true, correct, complete, and not misleading to the best of my abilities and integrity.

1. Plaintiff entered a Writ of Error into the UNITED STATES COURT OF APPEALS For the First Circuit which was received by the Court on the 12th of April, 2024, which was mistakenly erred and construed as a NOTICE OF APPEAL by Clerk of Court Maria R. Hamilton and injures Plaintiff with further arbitrary exercises of the powers of government and vexing litigation and mental stresses and emotional duress and does not satisfy the just, speedy and inexpensive determination of this action and proceeding (Federal Rule Of Civil Procedure 1 and Federal Rule of Evidence 102).

2. Plaintiff has since entered in this matter two (2) documents a WRIT OF ERROR "AMENDED" received by the Court on the 24th of April, 2024 and a MOTION TO STAY APPEAL received by the U.S. District Court District of New Hampshire on the 10th of May, 2024 to correct the clerical area under Federal Rule of Civil Procedure 60 (a) and to include but is not limited to Federal Rule Appellate Procedure 10 (e)(1) and (e)(2)(A).

3. Plaintiff now is giving a third (3rd) "NOTICE" to the Court and has exhausted remedy (see previous filings and pleadings on record) under Federal Rules of Evidence 201 (c)(2) – ((c) Taking Notice. The court: (2) must take judicial notice if a party requests it and the court is supplied with the necessary information.) and Federal Rules of Evidence 103 (e) (Taking Notice of Plain Error. A court may take notice of a plain error affecting a substantial right, even if the claim of error was not properly preserved.).

4. The Court must take Judicial Notice of all entries and record(s) and transcripts or any like such in the entirety of this matter (State Court Case Number 656-2022-DM-00737 and Federal Court Case Number 1:23-cv-00472-JL-AJ) and provide all entries and record(s) and transcripts or any like such in the entirety of this matter to be docketed for the record pursuant to Title 5 United States Code 552 et al. (also known as the Freedom of Information Act and Title 5 United States Code 552a et al. and Title 5 United States Code 552b et al. (also known as the Sunshine Act).

5. The Clerk and the Court must take "NOTICE" Plaintiff has also included a Public Servant Questionnaire that as far as Plaintiff is aware no Public Servant has complied with and all Public Servants involved in this matter must comply and complete and file on and for the record and a copy be sent to all parties involved pursuant to the laws cited above.

6. The Court must take NOTICE and make a Judicial decision of remedy and relief of the above stated cases and Plaintiff's WRIT OF ERROR to include but is not limited to Federal Rule of Civil Procedure 60 (b) GROUNDS FOR RELIEF FROM A FINAL JUDGMENT, ORDER, OR PROCEEDING. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; and (4) the judgment is

void; and (6) any other reason that justifies relief and (d) OTHER POWERS TO GRANT RELIEF. This rule does not limit a court's power to: (1) entertain an independent action to relieve a party from a judgment, order, or proceeding; and (d)(3) set aside a judgment for fraud on the court and Federal Rule

of Evidence 104 (a) - (In General. The court must decide any preliminary question about whether a witness is qualified, a privilege exists, or evidence is admissible. In so deciding, the court is not bound by evidence rules, except those on privilege.) and 104 (b) - (Relevance That Depends on a Fact. When the relevance of evidence depends on whether a fact exists, proof must be introduced sufficient to support a finding that the fact does exist. The court may admit the proposed evidence on the condition that the proof be introduced later.).

Plaintiff Matthew-Lane: Hassell prays for the following relief;

A. NOTICE and Stay the Appeal in this matter, pursuant to the outcome of the Writ of Error;

B. This honorable Court declare and memorialize the judgment/s and order/s of the United States District Court for the District of New Hampshire, as well as the Courts of Inferior Jurisdiction which include; NH Circuit Court, 10th Circuit - Family Division - Derry and the State of NH, NH Circuit Court, 9th Circuit - Family Division - Manchester a Nullity (void ab initio). The orders were not properly authenticated and therefore have no governmental force of law;

C. Since there is no judicial orders Plaintiff is requesting declaration of 50/50 unsupervised custody of the minor child until the matter can be resolved through the courts;

D. Reverse this case back to the United States District Courthouse for the District of New Hampshire et al, and once returning to that venue have new and impartial Justices and Magistrates (A judicial tribunal) decide the Plaintiff's MOTION FOR SUMMARY JUDGMENT which was timely filed and not answered and which must be answered as a matter of law (Doc. No. 21);

E. Have the Justice(s) and Magistrate(s) of the U.S. District Court order a jury trial within 60 days;

F. Because the Order for child support is void and a nullity (as all improperly authorized Orders), Notice the appropriate agencies as the Bureau of Child Support Services wage garnishment that all orders they may be acting upon are void and a nullity;

G. Grant any such further relief as justice may require.

H. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this **NOTICE**; i.e., (In Re MATTHEW LANE HASSELL); (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for the further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I. All Rights Reserved (to include but is not limited to appeal) always and forever more, without prejudice U.C.C. 1-308. VOID WHERE PROHIBITED BY LAW.

**PUBLIC SERVANT QUESTIONNAIRE** (1 Page) to be answered by all involved with this controversy (3 Copies provided) to include but is not limited to Clerk of Courts, Judges, Referees, Administrative Agents, Officer of the Courts, Magistrates, guardians or any like such and shall be filed with this matter on the record and for the record and a copy of such shall be sent forthwith to all parties involved.

_Matthew-Lane Hassell_ Dated: 19th of May, 2024
Matthew-Lane: Hassell authorized agent of
MATTHEW LANE HASSELL
20 Arlington St. Unit D
Nashua, New Hampshire [03060]
(603) 231-0844
mhas191@yahoo.com

I certify that a copy of the above mentioned MOTION has been hand delivered and/or sent by USPS mail to DEVIN AILEEN KIMBARK and MARK EDWARD KIMBARK and CHERYL L. KIMBARK and ATTORNEY GENERAL JOHN M. FORMELLA and/or Nathan W. Kenison-Marvin in regards to the Judicial Defendant's on the 20th of May, 2024.

## NOTARY PUBLIC

State _New Hampshire_ County _Hillsborough_

Subscribed and sworn to, before me, a Notary Public the above signed Matthew-Lane:
Hassell. This _19th_ day of _May_ year _2024_.

Notary Public _[signature]_

MY COMMISSION EXPIRES: _4-7-26_.

DEBRA A FILLEBROWN
Notary Public - New Hampshire
My Commission Expires Apr 7, 2026

5 USC 552a (e)(3) authorizes a sovereign natural person ("Citizen") to use this form to collect information from the Public Servant to determine whether to divulge information to the Public Servant and employing Agency. Public Law 93-579 states: "*The purpose of this Act is to provide certain safeguards for an individual against invasion of personal privacy requiring Federal agencies... to permit an individual to determine what records pertaining to him are collected, maintained, used or disseminated by such agencies...*"

## PUBLIC SERVANT'S QUESTIONNAIRE (Refer to Privacy Act of 1974)

| Field | | | |
|---|---|---|---|
| Public Servant Full Name | | ID # ❏ Refused? | |
| Driver License # ❏ Refused? | | Badge # ❏ Refused? | |

| | Street | City | State | Zip |
|---|---|---|---|---|
| Residence Address | | | | |
| Office Mail Address | | | | |

| Employing Agency or Dept | | Supervisor's Name | |
|---|---|---|---|

| | |
|---|---|
| 1. Will Public Servant uphold the Constitution of the United States of America (required by USA & State Constitution & Law)? ❏Yes ❏No | 2. Will Public Servant furnish a copy of the law or regulation which authorizes this investigation (5 USC 552a (e) (3) (A))? ❏Yes ❏No |
| 3. Will Public Servant read aloud that portion of the law authorizing the questions Public Servant will ask (5 USC 552a (e) (3) (A))? ❏Yes ❏No | 4. What prerogative does Citizen have in giving answers to Public Servant questions (5 USC 552a (e) (3) (A))? ❏Voluntary ❏Mandatory |
| 5. What basis exists for asking the intended questions (5 USC 552a (d) (5), (e) (1))? ❏Specific law or regulation ❏Used as a discovery process | 6. What nature does this investigation have (5 USC 552a (e) (3) (A))? ❏General (multiple people involved) ❏Special (one person involved) |
| 7. Does Public Servant reasonably anticipate that any information sought or collected in this investigation will form the basis of or lead to criminal action against Citizen or any other entity? ❏Yes ❏No | 8. Will Public Servant guarantee only the department employing Public Servant will use the information or derivative thereof supplied by Citizen in this investigation (5 USC 552a (e) (10))? ❏Yes ❏No |

| | |
|---|---|
| 9. Name all files of records, information, or correspondence related to Citizen that Agency maintains (PL 93-579 (b) (1))? → | ❏None |
| 10. Give the full name of the person in government requesting that Public Servant conduct this investigation (PL 93-579 (b) (1)) → | ❏No One |
| 11. Name and identify all third parties Public Servant consulted, questioned, interviewed, or received information from any third party relative to this investigation (5 USC 552a (e) (2), (d) (5)). → | ❏None |
| 12. Name all other agencies or government sources that supplied any information pertaining to Citizen (PL 93-579 (b) (1))? → | ❏None |
| 13. May Citizen have a copy of all information pertaining to Citizen that other agencies or government sources supplied (5 USC 552a (d) (1))? ❏Yes ❏No (If no, state authority for withholding info) → | ❏No Authority |
| 14. What other uses may be made of this information (5 USC 552a (e) (3) (B), (e) (3) (C))? → | ❏None |
| 15. What other agencies may have access to this information (5 USC 552a (e) (3) (B), (e) (3) (C))? → | ❏None |
| 16. What will be the effect upon Citizen if Citizen should choose not to answer any part of these questions (5 USC 552a (e) (3) (D))? → | ❏None |

| Public Servant Affirmation: I swear or affirm under penalty of perjury that I have answered the foregoing questions correctly and completely in every particular. → | Wet ink signature of Public Servant | Date |
|---|---|---|

| Citizen's Witnessing Name and Signature  ❏Administered Oath  Date | Witness Name and Signature | Date |
|---|---|---|

Note: Citizen may administer oath to Public Servant if no one else exists to witness Public Servant affirmation.

5 USC 552a (e)(3) authorizes a sovereign natural person ("Citizen") to use this form to collect information from the Public Servant to determine whether to divulge information to the Public Servant and employing Agency. Public Law 93-579 states: *"The purpose of this Act is to provide certain safeguards for an individual against invasion of personal privacy requiring Federal agencies... to permit an individual to determine what records pertaining to him are collected, maintained, used or disseminated by such agencies..."*

## PUBLIC SERVANT'S QUESTIONNAIRE (Refer to Privacy Act of 1974)

| | | | |
|---|---|---|---|
| Public Servant Full Name | | ID # ❏ Refused? | |
| Driver License # ❏ Refused? | | Badge # ❏ Refused? | |

| | | | | | |
|---|---|---|---|---|---|
| Residence Address | Street | City | | State | Zip |
| Office Mail Address | Street | City | | State | Zip |
| Employing Agency or Dept | | Supervisor's Name | | | |

| | |
|---|---|
| 1. Will Public Servant uphold the Constitution of the United States of America (required by USA & State Constitution & Law)? ❏Yes ❏No | 2. Will Public Servant furnish a copy of the law or regulation which authorizes this investigation (5 USC 552a (e) (3) (A))? ❏Yes ❏No |
| 3. Will Public Servant read aloud that portion of the law authorizing the questions Public Servant will ask (5 USC 552a (e) (3) (A))? ❏Yes ❏No | 4. What prerogative does Citizen have in giving answers to Public Servant questions (5 USC 552a (e) (3) (A))? ❏Voluntary ❏Mandatory |
| 5. What basis exists for asking the intended questions (5 USC 552a (d) (5), (e) (1))? ❏Specific law or regulation ❏Used as a discovery process | 6. What nature does this investigation have (5 USC 552a (e) (3) (A))? ❏General (multiple people involved) ❏Special (one person involved) |
| 7. Does Public Servant reasonably anticipate that any information sought or collected in this investigation will form the basis of or lead to criminal action against Citizen or any other entity? ❏Yes ❏No | 8. Will Public Servant guarantee only the department employing Public Servant will use the information or derivative thereof supplied by Citizen in this investigation (5 USC 552a (e) (10))? ❏Yes ❏No |

| | |
|---|---|
| 9. Name all files of records, information, or correspondence related to Citizen that Agency maintains (PL 93-579 (b) (1))? → | ❏None |
| 10. Give the full name of the person in government requesting that Public Servant conduct this investigation (PL 93-579 (b) (1)) → | ❏No One |
| 11. Name and identify all third parties Public Servant consulted, questioned, interviewed, or received information from any third party relative to this investigation (5 USC 552a (e) (2), (d) (5)). → | ❏None |
| 12. Name all other agencies or government sources that supplied any information pertaining to Citizen (PL 93-579 (b) (1))? → | ❏None |
| 13. May Citizen have a copy of all information pertaining to Citizen that other agencies or government sources supplied (5 USC 552a (d) (1))? ❏Yes ❏No (If no, state authority for withholding info) → | ❏No Authority |
| 14. What other uses may be made of this information (5 USC 552a (e) (3) (B), (e) (3) (C))? → | ❏None |
| 15. What other agencies may have access to this information (5 USC 552a (e) (3) (B), (e) (3) (C))? → | ❏None |
| 16. What will be the effect upon Citizen if Citizen should choose not to answer any part of these questions (5 USC 552a (e) (3) (D))? → | ❏None |

| | |
|---|---|
| Public Servant Affirmation: I swear or affirm under penalty of perjury that I have answered the foregoing questions correctly and completely in every particular. → | Wet ink signature of Public Servant                                Date |
| Citizen's Witnessing Name and Signature  ❏Administered Oath  Date | Witness Name and Signature                                         Date |

Note: Citizen may administer oath to Public Servant if no one else exists to witness Public Servant affirmation.

5 USC 552a (e)(3) authorizes a sovereign natural person ("Citizen") to use this form to collect information from the Public Servant to determine whether to divulge information to the Public Servant and employing Agency. Public Law 93-579 states: *"The purpose of this Act is to provide certain safeguards for an individual against invasion of personal privacy requiring Federal agencies... to permit an individual to determine what records pertaining to him are collected, maintained, used or disseminated by such agencies..."*

## PUBLIC SERVANT'S QUESTIONNAIRE (Refer to Privacy Act of 1974)

| Public Servant Full Name | | | ID # ☐ Refused? | | | |
|---|---|---|---|---|---|---|
| Driver License # ☐ Refused? | | | Badge # ☐ Refused? | | | |
| Residence Address | Street | | City | | State | Zip |
| Office Mail Address | Street | | City | | State | Zip |
| Employing Agency or Dept | | | Supervisor's Name | | | |

| | |
|---|---|
| 1. Will Public Servant uphold the Constitution of the United States of America (required by USA & State Constitution & Law)? ☐Yes ☐No | 2. Will Public Servant furnish a copy of the law or regulation which authorizes this investigation (5 USC 552a (e) (3) (A))? ☐Yes ☐No |
| 3. Will Public Servant read aloud that portion of the law authorizing the questions Public Servant will ask (5 USC 552a (e) (3) (A))? ☐Yes ☐No | 4. What prerogative does Citizen have in giving answers to Public Servant questions (5 USC 552a (e) (3) (A))? ☐Voluntary ☐Mandatory |
| 5. What basis exists for asking the intended questions (5 USC 552a (d) (5), (e) (1))? ☐Specific law or regulation ☐Used as a discovery process | 6. What nature does this investigation have (5 USC 552a (e) (3) (A))? ☐General (multiple people involved) ☐Special (one person involved) |
| 7. Does Public Servant reasonably anticipate that any information sought or collected in this investigation will form the basis of or lead to criminal action against Citizen or any other entity? ☐Yes ☐No | 8. Will Public Servant guarantee only the department employing Public Servant will use the information or derivative thereof supplied by Citizen in this investigation (5 USC 552a (e) (10))? ☐Yes ☐No |

| | |
|---|---|
| 9. Name all files of records, information, or correspondence related to Citizen that Agency maintains (PL 93-579 (b) (1))? → | ☐None |
| 10. Give the full name of the person in government requesting that Public Servant conduct this investigation (PL 93-579 (b) (1)) → | ☐No One |
| 11. Name and identify all third parties Public Servant consulted, questioned, interviewed, or received information from any third party relative to this investigation (5 USC 552a (e) (2), (d) (5)). → | ☐None |
| 12. Name all other agencies or government sources that supplied any information pertaining to Citizen (PL 93-579 (b) (1))? → | ☐None |
| 13. May Citizen have a copy of all information pertaining to Citizen that other agencies or government sources supplied (5 USC 552a (d) (1))? ☐Yes ☐No (If no, state authority for withholding info) → | ☐No Authority |
| 14. What other uses may be made of this information (5 USC 552a (e) (3) (B), (e) (3) (C))? → | ☐None |
| 15. What other agencies may have access to this information (5 USC 552a (e) (3) (B), (e) (3) (C))? → | ☐None |
| 16. What will be the effect upon Citizen if Citizen should choose not to answer any part of these questions (5 USC 552a (e) (3) (D))? → | ☐None |

| | | |
|---|---|---|
| Public Servant Affirmation: I swear or affirm under penalty of perjury that I have answered the foregoing questions correctly and completely in every particular. → | Wet ink signature of Public Servant | Date |
| Citizen's Witnessing Name and Signature ☐Administered Oath Date | Witness Name and Signature | Date |

Note: Citizen may administer oath to Public Servant if no one else exists to witness Public Servant affirmation.

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

OFFICIAL BUSINESS

U.S. Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

