Missing Case Number:
24-1442

# PETITION FOR WRIT OF MANDAMUS

**28 U.S.C. § 1331 and Rule 20. 3 (a) and 28 U.S.C. § 1651 (a)**

---

NH State Court Case No. 656-2022-DM-00737
Related Case (NH DISTRICT): 1:2023-cv-00472-JL-AJ
Related Case (1ST CIRCUIT): 24-1442

---

2024 JUN 21 AM 10: 45

THE SUPREME COURT OF THE UNITED STATES
IN RE: MATTHEW LANE HASSELL
APPELLANT

---

Trial Court Judges:
Todd H. Prevett, Michael L. Alfano and Kerry P. Steckowych.
Federal Court Judges:
Justice Joseph N. Laplante
U.S. Magistrate Judge Andrea K. Johnstone

---

MATTHEW LANE HASSELL,
Plaintiff,
v.
Judge/ a.k.a. Magistrate/ a.k.a. Administrator/ a.k.a. Mediator/ a.k.a. Arbitrator and all such Titles Todd H. Prevett, Michael L. Alfano and Kerry P. Steckowych.
Devin Aileen Kimbark, Cheryl L. Kimbark and Mark Edward Kimbark.
Defendant

---

IN RE WRIT OF ERROR SUBMITTED BY
Matthew-Lane: Hassell; Nix Una Persona Propria Sui Juris
a.k.a. MATTHEW LANE HASSELL

---

## Table of Contents

Table of Contents .......... Page 2

List of Parties .......... Page 3

Questions Presented .......... Page 5

Basis for Jurisdiction:.......... Page 7

Jurisdiction and Venue:.......... Page 10

Introduction.......... Page 12

Facts of the Case .......... Page 13

Constitutional and Statutory Provisions Involved .......... Page 22

SUMMATIONS .......... Page 23

Reasons for Granting the WRIT OF CERTIORARI .......... Page 24

Requested Relief .......... Page 26

Table of Cited Authorities .......... Page 31

Appendices .......... Page 32

CERTIFICATE OF COMPLIANCE.......... Page 33

---------- END OF PAGE ----------

## LIST OF PARTIES:

Plaintiff
Matthew–Lane: Hassell represented by Matthew–Lane: Hassell
20 Arlington St., Unit D
Nashua, NH 03060
603 231–0844
mhas191@yahoo.com
PRO SE

V.

Defendant
Devin Aileen Kimbark represented by Devin Aileen Kimbark
3 Stoneleigh Drive
Derry, NH 03038
PRO SE

Defendant
Cheryl L. Kimbark represented by Cheryl L. Kimbark
3 Stoneleigh Drive
Derry, NH 03038
PRO SE

Defendant
Mark Kimbark represented by Mark Kimbark
3 Stoneleigh Drive
Derry, NH 03038
PRO SE

Defendant
Todd H. Prevett
Judge

represented by Nathan W. Kenison–Marvin
NH Attorney General's Office (DOJ)
Department of Justice
33 Capitol St
Concord, NH 03301
603–271–3650
Fax: 603–271–2110

Email: nathan.w.kenison–marvin@doj.nh.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Defendant
Michael L. Alfano
Judge

represented by Nathan W. Kenison–Marvin
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Defendant
Kerry P. Steckowych
Judge
represented by Nathan W. Kenison–Marvin
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**--------- END OF PAGE ---------**

## QUESTIONS PRESENTED:

In accordance with Title 28 United States Code Annotated (USCA) Section § 2331:

1. Is there any ORDER from any of the aforementioned state or federal courts which comply with the Judiciary Act of 1789?

2. Is there any ORDER from any of the aforementioned state or federal courts which comply with Article III of the U.S. Constitution?

3. Did the District Court Civil Officer act administratively or judicially?

4. Did Plaintiff ever receive due process of law as guaranteed by the State and U.S. Constitutions?

5. Did Plaintiff ever receive equal protection of the law as guaranteed by the State and U.S. Constitutions?

6. Did the judge(s) demonstrate bias or prejudice in violations of Canons of Law and/ or Rules of Civil Procedure (state and federal) and/ or Constitutional protections?

7. Did the judge(s)/ administrator(s) and/ or the Kimbark Defendants cause a loss of reputation?

8. Did the judge(s) act in secret by acting as an administrator rather than a judicial officer of the court?

a. Did the judge(s)/ administrator(s) disclose the nature of the proceedings?

b. Does that show their intent to conceal the proceedings?

9. Were the child's Natural Rights considered?

10. Did Plaintiff get a fair hearing at the State or Federal level?

11. Do judge(s) who have violated their Oath of Office and/ or The Code of Judicial Conduct and/ or Federal and/ or State Laws and/ or Federal and/ or State Constitutional protections have Immunity from suit under the 11th Amendment U.S. Const.?

12. Are the aforementioned papers, pleadings, motions, filings and the like, grounds to impeach and sanction and prosecute judge(s) to the full extent of the Law?

13. Do unfounded and/ or false claims and/ or accusations give merit to deprive one of the people of Federal and/ or State Const. protections under the color of law?

**---------- END OF PAGE ----------**

## Basis for Jurisdiction:

Plaintiff contends administrative agents, posing as the civil officers of government (hereinafter a.k.a. judges), conspired to deprive him of Prerogative Rights and Unalienable Rights and Natural Rights, in violation of their oath of office, which injured me. The administrators/ judges violated their 1st Amendment and 4th Amendment and 5th Amendment and 9th and 14th Amendment contractual government restrictions. Either they and each of them are civil officers of the United States, which are bound by the U.S. Constitution et al, or they are impersonators in violation of Title 18 U.S.C. § 912 and § 913. As stated in the U.S. Constitution Article VI Clause 3; "The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution;"

Administrative agents masquerading as judicial officers can not be allowed to conspire and deprive "we the people" of our basic fundamental liberty interest of the love and care and compassion and upbringing of our child/ren (amongst many other violations of Federal and State Constitutional violations) under the color of law and claim immunities when the people (Plaintiff in this matter) seeks remedy and relief and redress of government.

When "we the people" seek such redress of government, we are met with obstruction of justice and delay of justice of multiple flavors and fraud upon the courts, by the constituents of said bad government actors, who the people are to seek remedy and redress from.

We the people are left at the mercy of the "judges" and yet are not able to get a lawful Court of common law for remedy, but administrative tribunals only. This sedition and subversion of justice must CEASE AND DESIST. How many arbitrary processes of the powers of government must a parent go through to the rights of their child/ren before enough is enough and we the people are left with nothing more than to redress the government for tyranny, as the Constitution mandates.

Plaintiff brought this matter to the United States District Court District of New Hampshire (Case Number 1:2023-cv-00472-JL-AJ) on the 16th of October, 2023 CIVIL ACTION CLAIM FOR DAMAGES, Trial by Jury Requested, Pages 1-12, Case 1:23-cv-00472-JL-AJ Document 1 Filed 10/16/23 and POINTS AND AUTHORITIES WITH LEGAL AND LAWFUL JUDICIAL AND CLERICAL NOTICE with DEFINITIONS Case 1:23-cv-00472-JL-AJ Document 1-2 Filed 10/16/23 Pages 1-13) with a Jury Demand (Civil Cover Sheet Case 1:23-cv-00472-JL-AJ Document 1-3 Filed 10/16/23 1 Page). Plaintiff was denied such a jury trial in violation of the 7th Amendment. Plaintiff asserts the Justice and Magistrate of the United States District Court District of New Hampshire are in

conspiracy with the defendants named in such action for failure to uphold and defend the U.S. Constitution. Plaintiff asserts all government actors posing as judicial officers are levying war against the U.S. Constitution (as well as the State Constitution) and committing treason.

This Court must uphold and give "Judicial Notice" pursuant to Federal Rules of Evidence 201 (c)(2) to the U.S. Const. et al. and the New Hampshire Const. et al. and the Judiciary Act of 1789 and Plaintiff's Writ of Error, and no Law or Rule or Procedure or previous decision by any Courts has standing to dismiss or refuse to answer Plaintiff's grievances of redress of government and remedy and relief pursuant to Article IV Clause 2 and 3 and the First Amendment to the U.S. Constitution.

**---------- END OF PAGE ----------**

## Jurisdiction and Venue:

Jurisdiction for Plaintiff's Writ of Error is founded on 28 U.S.C. § 1331(a), which provides in pertinent part that federal district courts shall have original jurisdiction of all civil actions wherein the matter in controversy exceeds the sum or value of $75,000.00 (SEVENTY FIVE THOUSAND DOLLARS) U.S.D. and arises under the Constitution of the United States. This case also involves multiple violations of State and Federal laws and New Hampshire Constitution protections, by state actors, under color of law.

"the decision in Bivens established that a citizen suffering a compensable injury to a constitutionally protected interest could invoke the general federal-question jurisdiction of the district courts to obtain an award of monetary damages against the responsible federal official." Id., at 504, 98 S.Ct., at 2910.

The Court has jurisdiction to grant this WRIT OF MANDAMUS pursuant to Rule 20. 3 (a) and 28 U.S.C. § 1651 (a).

It is of imperative public importance and justifies deviation from normal appellate practice and requires "immediate determination" in this Court to Plaintiffs WRIT OF ERROR. For going on 20 years (or more) these so-called "family courts" have perverted the rights and the laws of the U.S. and trespass the guaranteed protections to the restrictions of government by the the states and Federal constitutions et al. These

Administrator(s) injuring "we the people" of the states must CEASE AND DESIST at all cost. This is an act of treason.

All across this Constitutional republic nation, parents are being deprived of their child/ren and having federal and State constitutional violations of due process of law and equal protection under the law (amongst others), by administrative agents masquerading as judicial officers and coercing and forcing fraudulent "ORDERS" in violation of the Judiciary Act of 1789 and Article III of the U.S. Constitution, against one parent or another.

This Court also has Supplemental Jurisdiction under Title 28 U.S. Code § 1367 over Plaintiff's state law claims that are related to Plaintiff's federal law and Constitutional claims.

---------- **END OF PAGE** ----------

## Introduction:

Comes now, Matthew-Lane: Hassell (here and after, known as Mr. Hassell and/or Plaintiff), with clean hands, in good faith, using fair business practices and full disclosure. A Propria Persona Sui Juris, as the clearly established and specifically designated beneficiary to the Original Jurisdiction, appearing by special appearance as opposed to general appearance, being of majority age, competent to testify, do affirm and attest under penalty of perjury and under my full commercial liability, that the truths and facts herein are of firsthand personal knowledge and that they are true, correct, complete, and not misleading to the best of my abilities and integrity. I hereby invoke common law as one of the people, I, Plaintiff, am not an agent of government.

---------- **END OF PAGE** ----------

## FACTS OF THE CASE:

This matter was originally brought to the 9th Circuit-Family Division-Manchester, NEW HAMPSHIRE (NH) State Court on the 14th of November, 2022 in regards to parental rights of a minor child (PH).

It has been over a year and a half since Plaintiff have had fair and equal access to his minor child. I have asked 3 (THREE) times for evidentiary hearings and 3 (THREE) times I have been denied. The 'judges' have no evidence which justifies their multiple obstructions of justice and delays of justice.

The arguments made by defense, in their Motions to Dismiss (Motions for Summary Judgment under FRCP 12 (b), (6)) are and were unsupported and they are merely conclusionary statements masquerading as actual conclusions. There is no foundation and no substantial evidence to support the claims each and every Defendant presented to the court at both state and federal levels.

I have asked for evidence used against me and received none. A man cannot be denied equal protection under the law, which these judges at the state and federal levels have violated. I decree you must give me equal protection in accordance with the 14th (FOURTEENTH) Amendment U.S. Const. and the appropriate retroactive parenting time. The state does not have the authority to deny natural rights. If it is written, it must be voided forevermore.

It was specifically stated " this matter is to be handled as constitutionally as possible" in the original civil action complaint in the 9th Circuit-Family Division-Manchester NH Courthouse. The court is to protect against the encroachment of unconstitutionality of a secured liberty. Plaintiff has not been afforded any (state or federal) such constitutional protections since these matters were originally brought to the Courts in the State of New Hampshire and was not afforded those protections in and through the Federal Court(s).

At the core of this issue is the NH State Court judges and magistrates and administrators and commissioners have forced me into the wrong jurisdiction. At the earliest possible time Plaintiff mentioned he was not a U.S. Citizen and all other parties to these cases have claimed that citizenship or similar "legal status". That denotes that I should have been assigned a "Court of Common Law" and not been subjugated into an administrative hearing.

Plaintiff was unable to attend an Ex Parte hearing scheduled on the 30th of November, 2022. Plaintiff timely filed a "MOTION" to reschedule such hearing and an Affidavit/JURAT and was denied a rescheduling of that hearing. Plaintiff has been deprived his prerogative and unalienable and natural rights under the color of law since. Plaintiff has had many hearsay claims and allegations, allegedly libeling and slandering and defaming his good name by the solicited Officer of the Court (Attorney Jennifer L. DiTrapano) solely on the words and mind of her client Devin Aileen

Kimbark (Defendant), without any evidence to substantiate such or an affidavit in support of such claims or under the penalty of perjury and pains.

Venue was changed to the 10th Circuit-Family Division-Derry NH Court on a false claim that Defendant and minor child had lived at 3 Stoneleigh Dr. Derry, NH 03038 since the minor was born, with Defendants parents, and sole residential and decision making responsibilities were awarded to Defendant by Judge Todd H. Prevett. Plaintiff asserts Judge Todd H. Prevett made such "ORDER" EX PARTE administratively and not judicially with only the claims and accusations by Defendant through and by her Attorney. This is the first count of a violation to Official Oppression (N.H. Rev. Stat. § 643:1 and 643:2 II and III) against Plaintiff. This was the first count of being conspired against to deprive Plaintiff of rights under the color of law (Title 18 U.S.C. § 241 and 242). This is also the first count of a violation to the 14th Amendment of the U.S. Constitution et al. (equal protection under the law).

After the venue was changed to the 10th Circuit-Family Division-Derry NH Court Plaintiff had "MOTIONED" a request for production and an evidentiary hearing, before the hearing held on the 22nd of March, 2023, both requests were denied by Judge Michael L. Alfano and contested by Defendant, depriving Plaintiff of due process of law and truth in evidence and equal protection under the law.

This would be a count when Plaintiff had the NH State constitutional protection of Article 15- Rights of the accused trespassed. In this hearing Plaintiff was allegedly

libeled and slandered multiple times by Attorney Jennifer L. DiTrapano for her client. Plaintiff brought to the Court's attention in this hearing that the need for an evidentiary hearing was needed for the claims and accusations being made against Plaintiff could be proven. Again, such due process and equal protection under the law was trespassed against Plaintiff (to also include but is not limited to NH State State Constitutional protections and State and Federal laws were violated). Plaintiff had entered another Affidavit/Jurat and a Legal and Lawful Judicial and Clerical Notice for the record. Judge Michael L. Alfano placed a non-voluntary and nonconsenting unlawful "ORDER" against Plaintiff for child support and visitation and continued to deprive Plaintiff of the rights of his minor child under the color of law. Plaintiff had entered multiple "MOTIONS" during Judge Michael L. Alfano's administrative/mediator/arbitrator position in this matter, to include but is not limited to a jurisdictional challenge. No factual proof of Jurisdiction was had by Judge Michael L. Alfano. Judge Michael L. Alfano recused/disqualified himself upon Plaintiff's "MOTION" of bias and prejudice amongst other complaints.

Judge Kerry P. Steckowych had been placed to Judge Michael L. Alfano's administrative position in this matter and should of immediately ordered an evidentiary hearing to cure the many constitutional complaints (amongst others) and proved jurisdiction in this matter to the "ORDER'S" placed upon Plaintiff, before any such further deprivation of Plaintiff's rights (especially that of being deprived to the

rights of his child) were trespassed and violated. A hearing was held on the 17th of July, 2023 under Judge Kerry P. Steckowych's administrative position where Plaintiff asserted many complaints/ violations of law, to which the Judge in the hearing stated "I had convinced him he could no longer be involved in this matter and the hearing was over". Judge Kerry P. Steckowych made a narrative "ORDER" of this hearing and stated in the "ORDER" that he stated he would look into any reason the Court should recuse itself and did not find any. This was a fraudulent and reckless statement by Judge Kerry P. Steckowych.

Plaintiff brought his complaints for a civil action suits of both State and Federal constitutional violations as well as State and Federal law violations to the United States District Court District of New Hampshire on the 16th of October, 2023 with a request for trial by Jury and naming Defendants Devin Aileen Kimbark and her parents, Mark Edward Kimbark and Cheryl L. Kimbark as well as Judges Todd H. Prevett and Michael L. Alfano and Kerry P. Steckowych all in a conspiracy, each having their own role separately and together, for remedy and relief.

None of the 3 (THREE) Kimbark family defendants denied any claim made against them. None of the 3 (THREE) Kimbark family defendants entered any defense under pains and penalty of perjury. None of the 3 (THREE) Kimbark family defendants entered an affidavit in support of their position. The 3 (THREE) Kimbark defendants continued to make claims and accusations without proof against Plaintiff.

The 3 (THREE) Kimbark Defendants made a claim that the plaintiff failed to state a claim that the law recognizes as enforceable. It is asserted by Plaintiff the Law is applicable to all and no one is above the law (emphasis added). I ask the Court to clarify this on the record and for the record; that is what a Jury should have decided as requested and demanded by Plaintiff and protected by the 7th Amendments of the U.S. Constitution et al.

In the Federal Case, none of the 3 (THREE) judicial Defendants denied any claim made against them. None of the 3 (THREE) Judicial Defendants entered any defense under pains and penalty of perjury. None of the 3 (THREE) Judicial Defendants entered an Affidavit in support of their position. As in the State Court all 6 (SIX) Defendants' responses should have been seen as nothing more than mere conclusory allegations and hearsay. The 3 (THREE) Judicial Defendants simply made claims of immunities and therefore they were barred from actions against them. I ask the Court to clarify this on the record and for the record; when a judge or any public servant violates their Oath of Office and violates clearly established constitutional protections (State and Federal) and violates their employment contract (Canons of law and Codes of Judicial Conduct, breach of contract) and violates clearly established laws (State and Federal) are such public servants above the law and barred from accountability and prosecution and suit? It is my understanding that under the U.S. Const. Art.2 Sec. 4 all civil officers of the United States shall be impeached and

sanctioned for crimes against the people, which crimes include; High Crimes and Misdemeanors. 11th Amendment Immunity is only relevant until such time the civil officer of the United States violates their (State and/ or U.S. Const.) Constitutional oath of office or violates State or Federal Laws which injure the people, Plaintiff in this matter.

On the 28th of February, 2024 Plaintiff entered a "MOTION FOR SUMMARY JUDGMENT AS A MATTER OF LAW" (Doc. No. 20, 13 Pages) and a "SUPPLEMENTAL AFFIDAVIT" (Doc. No. 20-1, 20 Pages) that the Defendants should have responded to by the 29th of March, 2024. None of the 3 (three) Kimbark Defendants answered to such "MOTION" and are in default pursuant to LR 55.1 and Summary Judgement as a matter of law should have been awarded to Plaintiff against the Kimbark Defendants'. The Court or the Judge made no decision approving or denying this MOTION.

On the the 1st and 2nd of April, 2024 Judgement and an Order was issued by Judge Joseph N. Laplante stating "After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 14, 2024, given no clarification as to what "due consideration" or facts of law the decision was based upon.

On the 12th of April, 2024 Plaintiff entered a WRIT OF ERROR to the UNITED STATES COURT OF APPEALS For the First Circuit and a "Motion to Stay

Judgment and Order" pursuant to the outcome of the Writ of Error. Plaintiff's MOTION was denied by Judge Joseph N. Laplante.

The Clerk of Court Maria R. Hamilton mistakenly erred and construed Plaintiff's WRIT OF ERROR as a NOTICE OF APPEAL.

Plaintiff has entered 3 (THREE) documents, an amended writ of error received by the Court on the 24th of April and a MOTION TO STAY APPEAL on the 10th of May, 2024 and a JUDICIAL LEGAL AND LAWFUL NOTICE on the 20th of May, 2024 (copies provided) to correct the record.

On this day of the 19th of June, 2024 Plaintiff has yet to receive any correspondence (medium of response reasonable under the circumstances) from the 1st Circuit correcting the record or giving "JUDICIAL NOTICE" to Plaintiff's pleadings and prayers and wishes.

It is to Plaintiffs understanding when a law or rule states "must" there can be no deviation from the word "must" and certainly holds the same or even a higher standard then the word "shall". Recently decided May 16, 2024 in WENDY SMITH, ET AL., PETITIONERS v. KEITH SPIZZIRRI, ET AL., citing specifically; "Here, as in other contexts, the use of the word "shall" "creates an obligation impervious to judicial discretion." Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U. S. 26, 35 (1998). That plain statutory text requires a court to stay the proceeding. See Maine Community Health Options v. United States, 590 U. S. 296, 310 (2020)

("'Unlike the word "may," which implies discretion, the word "shall" usually connotes a requirement'"). Indeed, this Court previously noted that the use of "shall" in neighboring sections of the FAA created a mandatory obligation that left "no place for the exercise of discretion by a district court." Dean Witter Reynolds Inc. v. Byrd, 470 U. S. 213, 218 (1985) (discussing §§2–4 and explaining that the FAA "mandates that district courts shall direct the parties to proceed to arbitration on issues as to which an arbitration agreement has been signed"). The same is true here. When §3 says that a court "shall . . . stay" the proceeding, the court must do so."

**---------- END OF PAGE ----------**

## Constitutional and Statutory Provisions Involved:

1. The Judiciary Act of 1789 inclusive,
2. U.S. Constitution: Amendments: 1st, 4th, 5th, 7th, 9th, 11th, 14th inclusive. Articles: III, IV Sections 1 and 4, VI Sections 2 and 3.
3. New Hampshire Constitution: Articles: 2 Natural Rights and 4 Rights of Conscience Unalienable and 15 Right of Accused
4. Judges oath of office: Oath of office; NH Const. Art. 84, U.S.C.A. Title 5 Section 3331.
5. TITLE 5—GOVERNMENT ORGANIZATION AND EMPLOYEES [Pub. L. 89–554, §1, Sept. 6, 1966, 80 Stat. 378] [H. R. 10 104] inclusive
6. Alternate Dispute Resolution Act Oct. 30, 1998 [Public Law 105-315 105th Congress] [H.R. 3528] inclusive
7. TITLE 28, JUDICIARY AND JUDICIAL PROCEDURE June 25, 1948 [H. R. 3214] [Public Law 773] inclusive
8. Title 15 U.S. Code § 1,
9. Title 42 U.S.C. 1983,
10. Title 42 U.S.C. 1985,
11. Title 42 U.S.C. 1986,
12. SEE APPENDICES 1.1 and 1.5

--------- END OF PAGE ---------

## SUMMATION:

The judges committed fraud in keeping Plaintiff from his child. The Judge(s) violated Plaintiff's rights. Any claim they have to immunity is a fraud because their actions violated multiple State and Federal Constitutional protections and multiple State and Federal Laws. This cannot be tolerated in any society which claims to be free. Plaintiff asked for a trial by jury in my original Federal Civil Cover Sheet and Civil Action Claim For Damages. The judges violated their Oath of Offices leaving Plaintiff an aggrieved and injured party. As the 1st Amendment mandates, Plaintiffs must be allowed redress of government. The state judges violated the restriction of government to the U.S. Constitution et al. and the New Hampshire Constitution et al. and Plaintiffs god given Prerogative rights and Unalienable rights and Natural rights and instead of protecting Plaintiff the Federal Judges conspired to injure Plaintiff further. Even the First Circuit misrepresented Plaintiff's WRIT OF ERROR as an appeal and is only going to allow 8 (EIGHT) documents in total that do not consist of Plaintiff's defense (evidence), to the filed WRIT OF ERROR (see Case: 24-1442 Document: 00118140992 Page: 1-185, Date Filed: 05/06/2024 Entry ID: 6640503) or any document by Plaintiff entered into the State or Federal Courts. This is an obvious Obstruction of Justice and must be corrected. Plaintiff will not be coerced and forced into an Appeal of decision(s) not of a Judicial (common law) Court but Administrative only.

--------- END OF PAGE ---------

## Reasons for Granting the WRIT OF MANDAMUS:

1. Plaintiff has been denied the 1st (FIRST) Amendment guarantee of redress of government.
2. Plaintiff has had his property seized in violation of the 4th (FOURTH) Amendment, without due process of law, in both the State and Federal Courts.
3. Plaintiff has been denied the 5th (FIFTH) Amendment guarantee of due process of law, in both the state and Federal Courts.
4. Plaintiff was denied the 7th (SEVENTH) Amendment guarantee of a Trial by Jury in a Civil Action, in both the State and Federal Courts.
5. Plaintiff has had his Prerogative Rights and Unalienable rights and Natural Rights trespassed in violation of the 9th (NINTH) Amendment, in both the State and Federal Courts.
6. Plaintiff has been denied the 14th (FOURTEENTH) Amendment guarantee of equal protection under the law, in both the State and Federal Courts.
7. The 3 (THREE) KIMBARK Defendants are in default for failure to respond/defend to Plaintiff's MOTION FOR SUMMARY JUDGMENT AS A MATTER OF LAW and SUPPLEMENTAL AFFIDAVIT.
8. The 3 (THREE) judges involved are in default for damages for breach of their contract (Public Trust, Oath of Office, Employment Contract/ Code of Judicial Conduct/ Canons of Law, Etc.).

9. There is no adequate remedy at law (Appeal) for a decision (ruling, Judgment, order, or any like such) not of a Court, in both the State and Federal Courts.

10. The State Courts, as well as the inferior Federal Courts do not comply with the Rules Governing Procedure (State and Federal and Appellate).

11. The State Courts, as well as the inferior Federal Courts do not comply with the State or Federal Constitution et al.

12. The State and Federal government agents are in conspiracy injuring Plaintiff and depriving him of his child.

13. The "Judgment(s)" and "ORDER(S)" in both the State and inferior Federal Courts are not vested in a Court in compliance with Article III of the U.S. Constitution et al.

14. The "Judgment(s)" and "ORDER(S)" in both the State and inferior Federal Courts are a fraud upon the Court and not in compliance with the Judiciary act of 1789.

15. Plaintiff prays this Honorable Court shows the prestige of the Judiciary and of this Court and uphold the fundamental rule of law, that no one is above the law and hold accountable (redress of government) (even Judges) when those knowingly and recklessly trespass/ violate the State and/ or Federal Constitutions et al., that is Plaintiff's (one of the people) wish.

---------- END OF PAGE ----------

## RELIEF SOUGHT:

Plaintiff Matthew Lane Hassell prays for the following relief;

1.  This honorable Court declare and memorialize the judgment/s and order/s of the United States District Court for the District of New Hampshire, as well as the Courts of Inferior Jurisdiction which include; NH Circuit Court, 10th Circuit - Family Division - Derry and the State of NH, NH Circuit Court, 9th Circuit - Family Division - Manchester a Nullity (void ab initio). The orders were not properly authenticated and therefore have no governmental force of law.

2.  Honor Plaintiff's prayer for relief in the U.S. District Court for the District of New Hampshire and grant Plaintiff's MOTION FOR SUMMARY JUDGMENT AS A MATTER OF LAW (Doc. No. 21);

3.  Honor and grant Petitioner immediate 51/49 custodial grantorship of minor child with retroactive custodial parenting time to start immediately (to include but not limited to one hundred thirty three (133) days Plaintiff was deprived contact with minor child PH

from the 12th of November, 2022 till the 25th of March, 2023 and two (2) hours weekend days supervised visitation only from the 25th of March, 2023 till current;

4.   Order both parties enjoy equal decision making responsibilities of child daycare and school and medical care, etc., and each party is to reimburse the other party for out-of-pocket expenses;

5.   Order an immediate Cease and Desist to the Bureau of Child Support Services wage garnishment and arrerages being sought against Petitioner and return all wages and arrearages unlawfully collected;

6.   Plaintiff is requesting an amount in excess of Seventy Five Thousand Dollars;

7.   Honor Petitioner's Summary Judgment of Punitive and Injunctive and Compensatory Relief Damages and Default of Schedule Fee(s) (also see Register of Deeds, Hillsborough County - Doc. # 240001740, Book 9753, Page 719-725 (undisputed)) amount in excess of Seventy Five Thousand Dollars as damages. The 3 Judges (Todd H. Prevett and Michael L. Alfano and Kerry P. Steckowych) shall each be sanctioned with the following violations;

I. For violating their (Judicial Defendant's) oath of office and employment contract and authority. In failing to defend and protect the U.S. Constitution and the New Hampshire State Constitution and thereby injuring Plaintiff;

II. For violations of the U.S. Constitution and denying Plaintiff due process of law (5th Amendment) and equal protection under the law (14th Amendment), I demand their (Judicial Defendant's) employment bond/(s) in the amount of One Million ($1,000,000.00 U.S.D.) Dollars each,

III. For violations of New Hampshire State Constitution, Articles 2 Natural Rights and 4 Rights of Conscience Unalienable and 15 Right of Accused, Punitive Damages and Schedule Fees shall be awarded from each judge (Judicial Defendant's) and in accordance with Title 15 U.S. Code § 1 of One Million ($ 1,000,000.00 U.S.D.) Dollars each,

IV. For Federal and State Law violations Todd H. Prevett and Michael L. Alfano and Kerry P. Steckowych are to be sanctioned to the full extent of the law, as prescribed by state and federal laws,

F. Devin Aileen Kimbark is to be sanctioned/ Default Judgment entered pursuant to N.H. Local Rule 55.1 for failure to respond to MOTION FOR SUMMARY JUDGMENT AS A MATTER OF LAW in the amount of One Hundred Thousand ($100,000.00) U.S.D.;

G. Cheryl L. Kimbark and Mark Edward Kimbark are to be sanctioned/ Default Judgment entered pursuant to N.H. Local Rule 55.1 separately for failure to respond to MOTION FOR SUMMARY JUDGMENT AS A MATTER OF LAW in the amount of One Hundred Thousand ($100,000.00) U.S.D

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for the further investigation or discovery;

and (4) the complaint otherwise complies with the requirements of Rule 11.

All Rights Reserved (to include but is not limited to appeal) always and forever more, without prejudice U.C.C. 1-308

VOID WHERE PROHIBITED BY LAW

Matthew-Lane: Hassell **Dated:** 19th of July, 2024

Matthew-Lane: Hassell authorized agent of

MATTHEW LANE HASSELL

ADDRESS: 20 Arlington St. Unit D Nashua, New Hampshire 03060

PHONE: (603) 231-0844

EMAIL: Mhas191@yahoo.com

## NOTARY PUBLIC

State New Hampshire

County Hillsborough Subscribed and sworn to, before me, a Notary Public the above signed Matthew-Lane: Hassell.

This 19th day of June year 2024.

Notary Public [signature]

MY COMMISSION EXPIRES: 09/11/2025.

BRIAN W. HEFFRON JR. NOTARY PUBLIC Exp. 09/11/25 NEW HAMPSHIRE

-------- END OF PAGE --------

## Table of Cited Authorities:

1. Case: 24-1442 Document: 00118140992 Pages: 15 - 16 Date Filed: 05/06/2024 Entry ID: 6640503
2. Case: 24-1442 Document: 00118140992 Page: 30 Date Filed: 05/06/2024 Entry ID: 6640503
3. Case: 24-1442 Document: 00118140992 Pages: 35 - 46 Date Filed: 05/06/2024 Entry ID: 6640503
4. Unrebutted Affidavit, Case: 24-1442 Document: 00118140992 Pages: 75 - 130 Date Filed: 05/06/2024 Entry ID: 6640503
5. Case: 24-1442 Document: 00118140992 Pages: 133 - 134 Date Filed: 05/06/2024 Entry ID: 6640503 (Canons of Law)
6. Unrebutted Supplemental Affidavit, Case: 24-1442 Document: 00118140992 Pages: 144 - 163 Date Filed: 05/06/2024 Entry ID: 6640503

---------- END OF PAGE ----------

**APPENDICES:**

1.1. Case 1:23-cv-00472-JL-AJ Document 1 Filed 10/16/23 Pages 1-12

1.2. Case 1:23-cv-00472-JL-AJ Document 1-2 Filed 10/16/23 Pages 1-13

1.3. Civil Cover Sheet Case 1:23-cv-00472-JL-AJ Document 1-3 Filed 10/16/23 1 Page

1.4. Case: 24-1442 Document: 00118143345 Pages: 1-23 Date Filed: 05/06/2024 Entry ID: 6641742

1.5. 24-1442 Document: 00118140992 Pages: 1-185, Date Filed: 05/06/2024 Entry ID: 6640503

1.6. Case: 24-1442 Document: 00118146948 Pages: 1-14 Date Filed: 05/10/2024 Entry ID: 6643654

1.7. Case: 24-1442 Document: 00118147703 Pages: 1-8 Date Filed: 05/22/2024 Entry ID: 6644049

---------- END OF PAGE ----------

# CERTIFICATE OF COMPLIANCE:

I, Plaintiff, certify the word count of this document (PETITION FOR WRIT OF MANDAMUS) is in total 5859 under penalty of perjury that the foregoing is true and correct to the best of my abilities.

I certify that a copy of the WRIT OF MANDAMUS has been sent by USPS CERTIFIED mail to DEVIN AILEEN KIMBARK and MARK EDWARD KIMBARK and CHERYL L. KIMBARK and ATTORNEY GENERAL JOHN M. FORMELLA and/ or Nathan W. Kenison–Marvin.

Matthew-Lane: Hassell Dated: 19th of June, 2024

Matthew-Lane: Hassell authorized agent of
MATTHEW LANE HASSELL
20 Arlington St. Unit D
Nashua, New Hampshire [03060]
(603) 231-0844
mhas191@yahoo.com

## NOTARY PUBLIC

State New Hampshire

County Hillsborough Subscribed and sworn to, before me, a Notary Public the above signed Matthew-Lane: Hassell.

This 19th day of June year 2024.

Notary Public [signature]

MY COMMISSION EXPIRES: April 21, 2026.

ESTEFANY M MEDINA
Notary Public-New Hampshire
My Commission Expires
April 21, 2026

-------- END OF PAGE --------

Retail

02210

RDC 03

U.S. POSTAGE PAID
PM
NASHUA, NH 03060
JUN 20, 2024

**$26.45**

S2323Y501635-09

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 1025 7430 16

ice (restrictions apply).*

tic and many international destinations.

ration form is required.

ling claims
.com.
availability and

OX

PRIORITY® ★ MAIL ★

UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Matthew-Lane: Hassell
20 Arlington St. Unit D
Nashua, New Hampshire [03060]

TO:
United States Court of Appeals for the first Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way Suite 2500
Boston, MA. 02210

USMS SCREENED

Label 228, March 2016 FOR DOMESTIC AND INTERNATIONAL USE

13.625
5

VISIT US AT USPS.CO
ORDER FREE SUPPLIES ONLIN