# United States Court of Appeals
## For the First Circuit

No. 24-1442

MATTHEW-LANE HASSELL,

Plaintiff - Appellant,

v.

DEVIN AILEEN KIMBARK; CHERYL L. KIMBARK; MARK KIMBARK; JUDGE TODD H. PREVETT; JUDGE MICHAEL L. ALFANO; JUDGE KERRY P. STECKOWYCH,

Defendants - Appellees.

**ORDER OF COURT**

Entered: June 26, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Matthew-Lane Hassell to file a brief be enlarged to and including **July 22, 2024**.

By the Court:

Maria R. Hamilton, Clerk

cc:
John M. Formella
Matthew-Lane Hassell
Nathan W. Kenison-Marvin
Cheryl L. Kimbark
Devin Aileen Kimbark
Mark Kimbark