OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

June 27, 2024

Matthew-Lane Hassell
20 Arlington St
Unit D
Nashua, NH 03060

Re: <u>Hassell</u> v. <u>Kimbark, et al.</u>
Appeal No. 24-1442

Dear Matthew-Lane Hassell:

On June 21, 2024, this court received your "Petition for Writ of Mandamus" and "Petition for Certiorari," both of which appear to be courtesy copies of documents intended for filing in the Supreme Court of the United States in relation to the above-referenced case.

Your only means of review by the U.S. Supreme Court is by filing a petition for writ of certiorari. 28 U.S.C. § 1254. **A petition for writ of certiorari must be filed directly with the U.S. Supreme Court and not with this court.** Sup. Ct. R. 12.

Accordingly, your filings have been docketed as courtesy copies in this court. **If you intend to seek review of either your "Petition for Writ of Mandamus" or your "Petition for Certiorari" in the U.S. Supreme Court, you must file those documents directly with the Supreme Court**. If you have any questions, you should contact the Clerk's Office of the United States Supreme Court, 1 First St., N.E., Washington, D.C. 20543, (202) 479-3011, and they will further advise you.

I hope this information is helpful to you.

Sincerely,

Maria R. Hamilton, Clerk

ch

cc: Devin Aileen Kimbark, Cheryl L. Kimbark, Mark Kimbark, John M. Formella, Nathan W. Kenison-Marvin