# United States Court of Appeals
### For the First Circuit

No. 24-1442

MATTHEW-LANE HASSELL,

Plaintiff - Appellant,

v.

DEVIN AILEEN KIMBARK; CHERYL L. KIMBARK; MARK KIMBARK; JUDGE TODD H. PREVETT; JUDGE MICHAEL L. ALFANO; JUDGE KERRY P. STECKOWYCH,

Defendants - Appellees.

**ORDER OF COURT**

Entered: September 9, 2024
Pursuant to 1st Cir. R. 27.0(d)

    Appellees Mark Kimbark, Michael L. Alfano, Kerry P. Steckowych, Cheryl L. Kimbark, Todd H. Prevett and Devin Aileen Kimbark failed to file a brief and therefore will not be heard at oral argument except by permission of the court. See Fed. R. App. P. 31(c).

                      By the Court:

                      Maria R. Hamilton, Clerk

cc:
John M. Formella
Matthew-Lane Hassell
Nathan W. Kenison-Marvin
Cheryl L. Kimbark
Devin Aileen Kimbark
Mark Kimbark