# United States Court of Appeals
# For the First Circuit

_____

No. 24-1442

MATTHEW-LANE HASSELL

*Plaintiff - Appellant*

v.

DEVIN AILEEN KIMBARK; CHERYL L. KIMBARK; MARK KIMBARK; JUDGE TODD H. PREVETT; JUDGE MICHAEL L. ALFANO; JUDGE KERRY P. STECKOWYCH,

*Defendants - Appellees*

**DEFENDANTS–APPELLEES' MOTION FOR PERMISSION TO FILE ANSWERING BRIEF & TO BE HEARD AT ANY ORAL ARGUMENT**

Pursuant to Fed. R. App. P. 31(c), Defendant-appellees, New Hampshire Circuit Court judicial officers Hon. Todd. H. Prevett, Hon. Michael L. Alfano, and Hon. Kerry P. Steckowych (the "Judicial Defendants"), by and through the Office of the New Hampshire Attorney General as counsel, hereby respectfully move for permission to file an answering brief and to be heard at any oral argument held in this matter. In support of this request, the Judicial Defendants state as follows:

1. The Judicial Defendants' deadline to file their answering brief in this matter was August 30, 2024.

2. Due to undersigned counsel's unintentional error and mistake, undersigned counsel failed to prepare the Judicial Defendants' answering brief by

that date and otherwise failed to move for an extension of the Judicial Defendants' briefing deadline. Undersigned counsel's failures are related to circumstances involving a recently diagnosed neurological condition for which he was receiving diagnostic testing at Dartmouth Hitchcock Medical Center on the dates of August 29, 2024, and August 30, 2024, which thereby caused him to mistakenly neglect this matter.

3. In light of these circumstances, and so that the Court may have the benefit of complete briefing by the parties in considering the issues presented for appeal in this matter, the Judicial Defendants now request permission to file an answering brief and to be heard at oral argument to the extent such argument is deemed necessary.

4. A copy of the answering brief that the Judicial Defendants seek permission to file is provided as **EXHIBIT A** hereto. *See* Local Rule 25.0(d)(1) [Leave to File].

5. Appellant Matthew-Lane Hassell has informed the undersigned that he objects to the relief requested herein.

WHEREFORE, the Judicial Defendants respectfully request that this Honorable Court:

A. Grant them permission to file the answering brief provided as **EXHIBIT A** hereto and to be heard at oral argument to the extent the Court deems such argument is necessary in this matter; and

B. Grant such further relief as the Court deems just and equitable.

Respectfully submitted,

The Hon. TODD H. PREVETT
The Hon. MICHAEL L. ALFANO
The Hon. KERRY P. STECKOWYCH

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

ANTHONY J. GALDIERI
SOLICITOR GENERAL

*/s/ Nathan W. Kenison-Marvin*
Nathan Kenison-Marvin, Bar No. 1201546
Assistant Attorney General
New Hampshire Department of Justice
1 Granite Place South
Concord, NH 03301-6397
(603) 271-3650
nathan.w.kenison-marvin@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2024, I served copies of this motion on all parties of record by way of this Court's electronic filing system.

/s/ Nathan W. Kenison-Marvin
Nathan W. Kenison-Marvin, No. 1201546