# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1442          **Short Title:** Hassell v. Kimbark, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Hon. Todd H. Prevett; Hon. Michael L. Alfano; Hon. Kerry P. Steckowych       as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

/s/ Nathan W. Kenison-Marvin
Signature

September 23, 2024
Date

Nathan W. Kenison-Marvin
Name

NH Dept. of Justice, Office of the Attorney General
Firm Name (if applicable)

(603) 271-3650
Telephone Number

1 Granite Place South
Address

Fax Number

Concord, NH 03301
City, State, Zip Code

nathan.w.kenison-marvin@doj.nh.gov
Email (required)

Court of Appeals Bar Number: 1201546

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No.

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).