# 24-1442

## United States Court of Appeals
### for the First Circuit

John Joseph Moakley
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210
(617) 748-9057

In re: MATTHEW-LANE HASSELL,

Plaintiff- Appellant,

v.

DEVIN AILEEN KIMBARK; CHERYL L. KIMBARK; MARK E. KIMBARK; JUDGE TODD H. PREVETT; JUDGE MICHAEL L. ALFANO; JUDGE KERRY P. STECKOWYCH,

Defendants – Appellees.

WRIT OF ERROR from a Judgment Entered by the
United States District Court for the District of New Hampshire

## APPELLANTS' OBJECTION TO NOTICE OF APPEARANCE
TODD H. PREVETT, MICHAEL L. ALFANO, KERRY P. STECKOWYCH

## MOTION FOR AFFIRMATIVE RELIEF
Fed. R. App. P. 27(a)(3)(B)

LET THE COURT RECORD, REFLECT AND MEMORIALIZE:

Matthew-Lane: Hassell (here and after, known as Mr. Hassell and/or Plaintiff/Appellant), with clean hands, in good faith, using fair business practices and full disclosure. A Propria Persona Sui Juris, as opposed to Pro Se, as the clearly established and specifically designated beneficiary to the Original Jurisdiction, appearing by special appearance as opposed to general appearance, being of majority age, competent to testify, do affirm and attest under penalty of perjury and under my full commercial liability, that the truths and facts herein are of firsthand personal knowledge and that they are true, correct, complete, and not misleading to the best of my abilities and integrity. I hereby invoke and ordain and establish the common law as one of the people. I, Plaintiff, am not an agent of the government or an Attorney.

Let it be "NOTICED" by the Court all filings on record previously entered by Mr. Hassell with the above statement is Mr. Hassell's "NOTICE OF APPEARANCE".

Mr. Hassell OBJECTS to Nathan W. Kenison-Marvins' "NOTICE OF APPEARANCE". Nathan W. Kenison-Marvin has presented himself to Mr. Hassell as a representative for the so-called judicial defendants in this court. Evidence was previously made to this court proving this act factual (see Case: 24-1442 Document: 00118192418 Page: 15 Date Filed: 09/19/2024 Entry ID:

6669002). Nathan W. Kenison-Marvin has presented himself to Mr. Hassell as a representative for the so-called judicial defendants in the lower federal court, see EXHIBIT A attached hereto.

Mr. Hassell is confused by the "NOTICE OF APPEARANCE" by Nathan W. Kenison-Marvin, was he not already co-council and representative with New Hampshire Attorney General John M. Formella through and by the N.H. DOJ, Office of the New Hampshire Attorney General or not?

Given the communication received by Nathan W. Kenison-Marvin to Mr. Hassell since 9/23/24 to current and pursuant to 1st Cir. LR 12.0 (a) and 1st Cir. LR 46.0 (a)(2) both N.H. Attorney General John M. Formella and Assistant Attorney General Nathan W. Kenison-Marvin are in default for not filing such "NOTICE OF APPEARANCE" within 14 days after the case was docketed, for which further gives cause and grounds for Mr. Hassell's previously filed "MOTION" in this Court, see Case: 24-1442 Document: 00118192418 Page: 1-58 Date Filed: 09/19/2024 Entry ID: 6669002.

Mr. Hassell has previously made an objection as to counsel for the judicial defendants in the lower federal court, to which no response reasonable under the circumstances was made, see Doc. No. 17, pg. 1-2.

Furthermore, Mr. Hassell needs clarification; is this tantamount to N.H. Attorney General John M. Formella withdrawing from representing his clients?

Does Attorney General John M. Formella have to have this Court's permission to withdraw as counsel?

This appears to Mr. Hassell to be deception and manipulation and possibly fraud upon the Court by both N.H. Attorney General John M. Formella and Assistant Attorney General Nathan W. Kenison-Marvin.

The actions by both N.H. Attorney General John M. Formella and Assistant Attorney General Nathan W. Kenison-Marvin does not appear to be <u>good moral and professional character</u> and grounds and cause to question their admission to the bar pursuant to Fed. R. App. P. 46 (a)(1).

The actions by both N.H. Attorney General John M. Formella and Assistant Attorney General Nathan W. Kenison-Marvin does not appear to be "<u>conduct as an attorney and counselor of this court, uprightly and according to law; and that I will support the Constitution of the United States.</u>" , which pursuant to Fed. R. App. P. 46 (a)(2) both N.H. Attorney General John M. Formella and Assistant Attorney General Nathan W. Kenison-Marvin must subscribe to the above oath or affirmation.

Furthermore, Mr. Hassell ask this Court to clarify; How can N.H. Attorney General John M. Formella and Assistant Attorney General Nathan W. Kenison-Marvin subscribe to the above oath or affirmation to support the Constitution of the United States, while having knowledge of and defending the

'judicial defendants' constitutional violations? Would this make both N.H. Attorney General John M. Formella and Assistant Attorney General Nathan W. Kenison-Marvin co-conspirators in constitutional violations?

Surely this is prima facie evidence that both N.H. Attorney General John M. Formella and Assistant Attorney General Nathan W. Kenison-Marvin are within the standards of review by this Court for discipline pursuant to Fed. R. App. P. 46(c) for possible suspension or disbarment pursuant to Fed. R. App. P. 46 (b)(1)(B).

Mr. Hassell likewise is requesting the clerk of this court to provide him with a copy of the Rules of Attorney Disciplinary Enforcement for the Court of Appeals for the First Circuit pursuant to 1st Cir. LR 46.0 (c).

By default pursuant to 1st Cir. LR 12.0 (a) and 1st Cir. LR 46.0 (a)(2) the "NOTICE OF APPEARANCE" must be procedurally dismissed for want of diligence and the Court's original assessment that the judicial defendants shall not be heard at oral argument upheld and as in Mr. Hassell's previous "MOTION", Mr. Hassell moves the court to strike the brief (EXHIBIT A, Case: 24-1442 Document: 00118189652 Page: 1-25 Date Filed: 09/13/2024 Entry ID: 6667367) of the so-called "judicial defendants".

# RELIEF SOUGHT:

Plaintiff Matthew-Lane: Hassell prays for the following relief;

A. Strike from the record the Judicial Defendants-Appellees Motion for permission to file answering brief & to be heard at any oral argument and Exhibit A;

B. Dismiss the "NOTICE OF APPEARANCE" filed by Nathan W. Kenison-Marvin pursuant to the above-mentioned procedures;

C. Order no further vexatious and frivolous and unreasonable filings be made by the Defendant(s) without sanctions;

D. Order any further filings by the Defendant(s) must be made under pains and penalty of perjury or affidavit or they will be stricken from the "RECORD";

E. This honorable Court declare and memorialize (Declaratory and Injunctive Relief) the judgment/s and order/s of the United States District Court for the District of New Hampshire, as well as the Courts of Inferior Jurisdiction a Nullity (void ab initio). The orders were not properly authenticated and therefore have no governmental force of law. The orders are void because they are administrative and not judicial, they are of a judge and not of a Court House as was decided in *Carper v. Fitzgerald* 121 U.S. 87, 7 S.Ct. 825, 30 L.Ed. 882 (1887).

F. Honor Plaintiff's prayer for relief in the U.S. District Court for the District of New Hampshire and grant Plaintiff's MOTION FOR SUMMARY JUDGMENT AS A MATTER OF LAW (Doc. No. 21) and modify or reverse judgment in Plaintiff's favor and comply with Fed. R. App. P. 37(b) (Affirmative Relief);

G. Order an immediate Cease and Desist to the Bureau of Child Support Services (BCSS) wage garnishment and arrerages being sought against Petitioner and unless the Parties can prove a contract or other commercial agreement in accordance with the Social Security Act IV-A Section 403[42 U.S.C.A. 603] (2), (ii), (I), (bb), have the aforementioned agency return all wages and arrearages unlawfully collected (Affirmative Injunctive Relief);

H. Plaintiff is requesting an amount in excess of Seventy Five Thousand Dollars;

I. Honor Petitioner's Summary Judgment of Punitive and Injunctive and Compensatory Relief Damages and Default of Schedule Fee(s) (also see Register of Deeds, Hillsborough County - Doc. # 240001740, Book 9753, Page 719-725 (undisputed)) amount in excess of Seventy Five Thousand Dollars as damages. The 3 Judges (Todd H. Prevett and Michael L.

Alfano and Kerry P. Steckowych) shall each be sanctioned with the following (affirmative relief )violations;

    I.    For violating their (Judicial Defendant's) oath of office and employment contract and authority. In failing to defend and protect the U.S. Constitution and the New Hampshire State Constitution and thereby injuring Plaintiff;

    II.    For violations of the U.S. Constitution and denying Plaintiff due process of law (5th Amendment) and equal protection under the law (14th Amendment), I demand their (Judicial Defendant's) employment bond/(s) in the amount of One Million ($1,000,000.00 U.S.D.) Dollars each,

    III.    For violations of New Hampshire State Constitution, Articles 2 Natural Rights and 4 Rights of Conscience Unalienable and 15 Right of Accused, Punitive Damages and Schedule Fees shall be awarded from each judge (Judicial Defendant's) and in accordance with Title 15 U.S. Code § 1 of One Million ($ 1,000,000.00 U.S.D.) Dollars each,

    IV.    For Federal and State Law violations Todd H. Prevett and Michael L. Alfano and Kerry P. Steckowych are to be sanctioned to the full extent of the law, as prescribed by state and federal laws; and

H. Grant any such further relief as justice may require.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for the further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

All Rights Reserved (to include but is not limited to appeal) always and forever more, without prejudice U.C.C. 1-308.

VOID WHERE PROHIBITED BY LAW

_Matthew-Lane: Hassell_ Dated: 24th of September, 2024
Matthew-Lane: Hassell authorized agent of
MATTHEW LANE HASSELL
20 Arlington St. Unit D
Nashua, New Hampshire [03060]
(603) 231-0844
mhas191@yahoo.com

KS 9/24/24

KYLE W EVANS
Notary Public - New Hampshire
My Commission Expires Nov 29, 2028

## CERTIFICATE OF COMPLIANCE AND SERVICE:

I certify that a copy of the above mentioned APPELLANTS' OBJECTION TO NOTICE OF APPEARANCE and APPELENTS' MOTION FOR AFFIRMATIVE RELIEF (Fed. R. App. P. 27(a)(3)(B) (word count 1,844 words, typeface Times New Roman 14 point) has been sent by USPS CERTIFIED mail to Devin Aileen Kimbark and Cheryl L. Kimbark and Mark Edward Kimbark and The Office of New Hampshire Attorney General Nathan W. Kenison-Marvin and/ or John M. formella.

_Matthew-Lane: Hassell_ Dated: 24th of September, 2024
Matthew-Lane: Hassell authorized agent of
MATTHEW LANE HASSELL
20 Arlington St. Unit D
Nashua, New Hampshire [03060]
(603) 231-0844
mhas191@yahoo.com

## NOTARY PUBLIC

State __New Hampshire__ County __Merrimack__

Subscribed and sworn to, before me, a Notary Public the above signed Matthew-Lane: Hassell. This __24th__ day of __September__ year __2024__.

Notary Public __KE__ 9/24/24 KE

MY COMMISSION EXPIRES: __11/29/28__.

KYLE W EVANS
Notary Public - New Hampshire
My Commission Expires Nov 29, 2028

# EXHIBIT A

# Hassell v. Kimbark, et al. (USDC-NH 1:23-cv-00472-JL-AJ)

From: Kenison-Marvin, Nathan (nathan.w.kenison-marvin@doj.nh.gov)

To: mhas191@yahoo.com

Date: Thursday, November 16, 2023 at 01:15 PM EST

Hello Mr. Hassell –

I represent the three State of New Hampshire judicial officials you have named as defendants in the matter of Hassell v. Kimbark, et al. (USDC-NH 1:23-cv-00472-JL-AJ). I will be filing a motion to extend my clients' deadline to file an answer or Rule 12 motion from November 20, 2023, to December 8, 2023. I intend to file the motion by 5:30 PM tomorrow (Friday). I am reaching out now because Court Local Rule 7.1(c) requires that "[a]ny party filing a motion other than a dispositive motion shall certify to the court that a good faith attempt has been made to obtain concurrence in the relief sought." To that end, could you please let me know before 5:30 PM tomorrow whether you assent or object to the Court extending my clients' response deadline to December 8, 2023?

Thank you,

Nathan W. Kenison-Marvin
Assistant Attorney General
NH Department of Justice
1 Granite Place South
Concord, NH 03301
(603) 271-1292
nathan.w.kenison-marvin@doj.nh.gov

**STATEMENT OF CONFIDENTIALITY**: The information contained in this electronic message and any attachments to this message may contain confidential or privileged information. This information is intended for the exclusive viewing of the addressee(s). If you are not the intended recipient, be aware that the retention, dissemination, distribution, disclosure, or copying of this transmission is prohibited. If you are neither the intended recipient(s), nor a person responsible for the delivery of this communication to the intended recipient(s), you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please notify the Attorney General's Office immediately at (603) 271-3650 or reply to justice@doj.nh.gov if you are not the intended recipient, and then immediately delete all copies of this message and any attachments.

CERTIFIED MAIL

9589 0710 5270 2179 2852 09

**Retail**

U.S. POSTAGE PAID
PM
CONCORD, NH 03301
SEP 24, 2024

$14.70

02210
RDC 03  0 Lb 7.30 Oz  R2305E125696-67



# UNITED STATES POSTAL SERVICE ® | PRIORITY® MAIL

PRESS FIRMLY TO SEAL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

USMS SCREENED

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PS00001000014   EP14F October 2023

PRIORITY ★ MAIL ★

UNITED STATES POSTAL SERVICE ®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Matthew-Lane: Hassell
20 Arlington St. Unit D
Nashua, New Hampshire [03060]

TO: Clerk of Court -
Maria R. Hamilton
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA. 02210

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE