# United States Court of Appeals
## For the First Circuit

No. 24-1442

MATTHEW-LANE HASSELL,

Plaintiff - Appellant,

v.

DEVIN AILEEN KIMBARK; CHERYL L. KIMBARK; MARK KIMBARK; JUDGE TODD H. PREVETT; JUDGE MICHAEL L. ALFANO; JUDGE KERRY P. STECKOWYCH,

Defendants - Appellees.

## ORDER OF COURT

Entered: October 2, 2024

Appellees Michael L. Alfano, Todd H. Prevett, and Kerry P. Steckowych have filed an opposed motion for leave to file answering brief and to be heard at any oral argument. This court routinely grants motions to vacate briefing defaults for good cause shown, and medical treatment is typically accepted as good cause. The motion is not required to contain a sworn affidavit, and the motion does not appear to be frivolous.

Accordingly, Appellees' motion is granted. The default order entered on September 9, 2024, is vacated as to those three Appellees, and their proposed brief is accepted for filing on this date.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Matthew-Lane Hassell
Devin Aileen Kimbark
Cheryl L. Kimbark
Mark Kimbark
Anthony J. Galdieri
John M. Formella
Nathan W. Kenison-Marvin