# United States Court of Appeals
## For the First Circuit

No. 24-1442

MATTHEW-LANE HASSELL,

Plaintiff - Appellant,

v.

DEVIN AILEEN KIMBARK; CHERYL L. KIMBARK; MARK KIMBARK; JUDGE TODD H. PREVETT; JUDGE MICHAEL L. ALFANO; JUDGE KERRY P. STECKOWYCH,

Defendants - Appellees.

Before

Barron, Chief Judge,
Gelpí, Montecalvo, Rikelman,
Aframe, and Dunlap, Circuit Judges.

**ORDER OF COURT**

Entered: June 2, 2026

The petition for rehearing having been denied by the panel of judges who decided the case, and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and petition for rehearing en banc be DENIED.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Matthew-Lane Hassell, Devin Aileen Kimbark, Cheryl L. Kimbark, Mark Kimbark, Anthony J. Galdieri, John M. Formella, Nathan W. Kenison-Marvin